**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Transfix Productions LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number** (EIN) | 87-1328831 |

**4. Debtor's address**

**Principal place of business**

426A West 14th Street
Number        Street

PO Box  30296

New York            NY     10014
City                State     ZIP Code

New York County
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

_____
City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City                State     ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Transfix Productions LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ___ / ___ / _____ Case number _____
MM / DD / YYYY

District _____ When ___ / ___ / _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When ___ / ___ / _____
MM / DD / YYYY

Case number, if known _____

| Debtor | Transfix Productions LLC | Case number *(if known)* |
|--------|--------------------------|--------------------------|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____

Number          Street

_____

City _____  State _____  ZIP Code _____

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Transfix Productions LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/11/2023
            MM / DD / YYYY

✖ /s/ Michael Blatter
Signature of authorized representative of debtor

Michael Blatter
Printed name

Title  Founder & CEO

**18. Signature of attorney**

✖ /s/ Yann Geron
Signature of attorney for debtor

Date  08/11/2023
      MM / DD / YYYY

Yann Geron
Printed name

Geron Legal Advisors LLC
Firm name

370 Lexington Avenue 1101
Number        Street

New York
City

NY
State

10017
ZIP Code

(646) 560-3224
Contact phone

ygeron@geronlegaladvisors.com
Email address

2252609
Bar number

NY
State

---

| Fill in this information to identify the case: |
| --- |

Debtor name ___Transfix Productions LLC_____

United States Bankruptcy Court for the:___Southern District of New York___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................ $ _____0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................... $ _____50.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...................................... $ _____50.00

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................. $ _____1,445,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................ $ _____33,245.85

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................... +$ ___9,192,746.70

4. **Total liabilities** ........................................................................................ $ __10,670,992.55
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _Transfix Productions LLC_

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank Platinum Business Checking | Checking | 0  1  2  8 | $ 50.00 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $ _____
   4.2. _____ $ _____

5. **Total of Part 1** — $ 50.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____ $ _____
   7.2. _____ $ _____

Debtor   Transfix Productions LLC
_____
Name

Case number (*if known*)_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                      $_____

---

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........→   $_____
                            face amount                doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........→   $_____
                            face amount                doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

---

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

**Valuation method used for current value**   **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                  $_____

---

Debtor _____    Case number (if known)_____

Transfix Productions LLC
Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> See Schedule A/B Part 5, Question 21 Attachment | _____ MM / DD / YYYY | 3,180,704.02 <br> $_____ | _____ | Unknown <br> $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

---

Debtor   Transfix Productions LLC
         Name                                                                  Case number (if known)_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                        $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------|-----------------------------------------|------------------------------------|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                        $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

Debtor _____    Case number *(if known)* _____
     Transfix Productions LLC
     Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.                                    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number *(if known)*_____
Transfix Productions LLC
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor      Transfix Productions LLC                                                Case number (if known)_____
            Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
_____    _____ — _____  = ➜   $_____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**
_____                                              $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____                                              $_____
**Nature of claim**      _____
**Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Signed SAFE note - Bridge Transfix LLC                               $ Unknown
**Nature of claim**      Unpaid SAFE investment
**Amount requested**     $ 1,250,000.00

76. **Trusts, equitable or future interests in property**
_____                                              $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____                                              $_____
_____                                              $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                   $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

Official Form 206A/B               **Schedule A/B: Assets — Real and Personal Property**               page 7

Debtor  Transfix Productions LLC _____   Case number *(if known)* _____

Name

---

| **Part 12:** | Summary |
| --- | --- |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 50.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9. .* ................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 50.00 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. 50.00 | | $ 50.00 |

| Item | Description | Quantity | Est Cost | Total | Notes |
|------|-------------|----------|----------|-------|-------|
| ART | HELIX Fire Ball Art by Charles Gadeken (w/ shipping conatiner and stamped engineering drawings) | 1 | $160,000.00 | $160,000.00 | Purchase Price: $160,000 (only $20,000 Paid) |
| ART | Shrumen Lumen - Kinetic Mushroom Arts Pieces (2) | 1 | $75,000.00 | $75,000.00 | $25,000 Paid (not ours unless we pay entire bill) |
| ART | LED Pulse | 1 | $150,000.00 | $150,000.00 | $75,000 Paid (not ours unless we pay entire bill) |
| Furniture | Interior white leather furninture | 1 | $24,844.60 | $24,844.60 | |
| Furniture | Deck Furniture | 1 | $74,335.00 | $74,335.00 | Furniture world Las Vegas (Payment 1: $34,335, Payment 2: $40,000) |
| Furniture | FatBoy Bean Bags | 1 | $10,963.00 | $10,963.00 | |
| Furniture | Cafe Sets | 1 | $2,000.00 | $2,000.00 | |
| Furniture | Metal Benches | 1 | $2,000.00 | $2,000.00 | |
| Furniture | Adirondack Chairs | 1 | $2,000.00 | $2,000.00 | |
| Furniture | Shelves & Tables VIP Rooms | 1 | $22,000.00 | $22,000.00 | Cornerstone Furniture Las Vegas & Amazon |
| Furniture | Coffee Tables Interior | 1 | $2,013.06 | $2,013.06 | First $286.74, Second $570.56, Third $585.20, Fourth $570.56 |
| Furniture | Coffee Tables Exterior | 1 | | $0.00 | |
| Furniture | Misc Office Furniture | 1 | $500.00 | $500.00 | |
| Furniture | Misc Carpet | 1 | $4,000.00 | $4,000.00 | |
| Lighting | Light Bars | 1 | $2,500.00 | $2,500.00 | |
| Lighting | Led Light Fixtures | 1 | $371.00 | $371.00 | First $40, Second $148, Third $80, Fourth $60, Fifth $43 |
| Signs | Branded Fence Skrim | 1 | $22,817.36 | $22,817.36 | First $8,069.85 (Not Paid), Second $14,747.51 ($7,373.76 Paid) |
| Signs | Art & Site Signage | 1 | $30,000.00 | $30,000.00 | partial paid |
| Signs | Pyramid Sign - from UCC | 1 | $24,000.00 | $24,000.00 | not paid for |
| Signs | Container Sign (Not Delivered yet) from Doug | 1 | $24,000.00 | $24,000.00 | paid half |
| Indentity | By Lucas Benaroch | 1 | $25,000.00 | $25,000.00 | |
| Advertisng Assets | By VERSUS | 1 | $100,000.00 | $100,000.00 | |
| Advertisng Assets | Daren Craig | 1 | $20,000.00 | $20,000.00 | |
| Website | Fully Developled Webites | 1 | $96,000.00 | $96,000.00 | |
| Social Media Chanels | Edited content, etc. | 1 | $150,000.00 | $150,000.00 | |
| Art / Artist Database | | 1 | $250,000.00 | $250,000.00 | |
| Copper Contact CRM Database | | | | | |
| Merchandise | Misc | 1 | $312,000.00 | $312,000.00 | |
| Store Fixtures | | 1 | $54,000.00 | $54,000.00 | |
| | | | | $1,640,344.02 | |

| Name | Description | Quantity | Cost | Total | |
|------|-------------|----------|------|-------|--|
| **THEME SERVICE BARS** | | | | | |
| Mushroom Bar | 20' themed bar with food-grade walls, refrigerator, stainless | 1 | $73,880 | $73,880 | |
| Hand Of Man Bar | 20' themed bar with food-grade walls, refrigerator, stainless | 1 | $73,880 | $73,880 | |
| Control No Control Bar | 20' themed bar with food-grade walls, refrigerator, stainless | 1 | $73,880 | $73,880 | |
| Paradesium Bar | 20' themed bar with food-grade walls, refrigerator, stainless | 1 | $73,880 | $73,880 | |
| **GRAB N GO BARS** | | | | | |
| South Courtyard Bars | 20' bar with food-grade walls, refrigerator, stainless surfaces | 2 | $73,560 | $147,120 | |
| Axion Bars | 20' bar with food-grade walls, refrigerator, stainless surfaces | 2 | $73,560 | $147,120 | |
| North Courtyard Bar | 20' bar with food-grade walls, refrigerator, stainless surfaces | 1 | $73,560 | $73,560 | |
| Front Enterance Bar | 40' bar with 4 service openings, stainless barware | 1 | $83,560 | $83,560 | |
| **HOSPITALITY CONTAINERS** | | | | | |
| Hospitality Containers | 40' container with sliding doors and lounge furniture | 4 | $45,000 | $180,000 | |
| Hospitality Containers | 20' container with sliding doors and lounge furniture | 4 | $30,000 | $120,000 | |
| **OTHER** | | | | | |
| Retail Containers | 40' store with lexan shop glass panels and two entry doors | 2 | $43,880 | $87,760.00 | |
| Box Office Container | 40' container with lexan shop glass panels and two entry do | 1 | $52,560 | $52,560.00 | |
| Stellar/Playmodes Tunnel | 120 foot-long arched temporary building with 40,000 LED ce | 1 | $256,800 | $256,800.00 | |
| Storage Containers | Painted 40' storage containers | 14 | $6,000 | $84,000.00 | |
| Infinity | Two-opening container for walk-through art installation | 1 | $12,360 | $12,360.00 | |
| **Total** | | | | **$1,540,360.00** | |
| | | | | | |
| | | | | | |
| | **TOTAL** | | | **$3,180,704.02** | |

**Fill in this information to identify the case:**

Debtor name _____ Transfix Productions LLC _____

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Eugene Lam/Chicago Oriental Wholesale Market Inc. | Signed SAFE note - Bridge Transfix LLC, See Schedule A/B Part 5, Question 21 Attachment |

Column A: $ 61,250.00    Column B: $ 50.00

**Creditor's mailing address**
1902 S Lumber St
Chicago, IL 60616

**Describe the lien**
Agreement you made, Subordinated Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
eugene@cowminc.com

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,
Gregory Field, 1st; Eugene Lam/Chicago Oriental Wholesale

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Gregory Field | Signed SAFE note - Bridge Transfix LLC, See Schedule A/B Part 5, Question 21 Attachment |

Column A: $1,200,000.00    Column B: $50.00

**Creditor's mailing address**
Annmarie Chiarello, Esq., Winstead PC
500 Winstead Building, 2728 N. Hardwood

**Describe the lien**
Agreement you made, First priority secured

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
achiarello@winstead.com

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 1,445,000.00

Debtor  Transfix Productions LLC
        Name                                          Case number (if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3  Creditor's name**
Heffern Co. Equity/MichaelHeffernan Jr.

_____

**Creditor's mailing address**

1350 Carlback Avenue
Walnut Creek, CA 94596

**Creditor's email address, if known**
mikeheffiv@heffgroup.com

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Signed SAFE note - Bridge Transfix LLC, See Schedule A/B Part 5, Question 21 Attachment

$61,250.00          $50.00

**Describe the lien**
Agreement you made, Subordinated Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4  Creditor's name**
JAOR LLC/Jason Poon

_____

**Creditor's mailing address**

5757 S Loop East
Houston, TX 77033

**Creditor's email address, if known**
JPoon@mfeltd.com

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Signed SAFE note - Bridge Transfix LLC, See Schedule A/B Part 5, Question 21 Attachment

$61,250.00          $50.00

**Describe the lien**
Agreement you made, Subordinated Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Transfix Productions LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
Patrick Jones

_____

**Creditor's mailing address**

5804 Highland Hills Terrace
Austin, TX 78731

_____

**Creditor's email address, if known**

pdjones512@gmail.com

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☑ Yes. The relative priority of creditors is specified on lines 2.1

**Describe debtor's property that is subject to a lien**

Signed SAFE note - Bridge Transfix LLC, See Schedule A/B Part 5, Question 21 Attachment

$61,250.00     $50.00

**Describe the lien**

Agreement you made, Subordinated Note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [_____]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Transfix Productions LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Transfix Productions LLC

United States Bankruptcy Court for the:   Southern District of New York

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Aaron Lucey
2385 Rue Royale St

Henderson, NV, 89044

As of the petition filing date, the claim is: $ 560.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.2**   Priority creditor's name and mailing address
Alicia Lee
7582 Las Vegas Blvd #138

Las Vegas , PA, 89123

As of the petition filing date, the claim is: $ 3,500.00    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**2.3**   Priority creditor's name and mailing address
Bradley Allen
7385 Racel St

Las Vegas, PA, 89131

As of the petition filing date, the claim is: $ 3,299.45    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor _____    Case number (if known) _____
        Translik Produciton LLC
        Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4**  **Priority creditor's name and mailing address**
Brandon Krows
548 e Oakey Blvd

Las Vegas, NV, 89104

$ 1,820.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.5**  **Priority creditor's name and mailing address**
Byron Flores
3535 Cambridge st APT 203

Las Vegas , PA, 89169

$ 140.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.6**  **Priority creditor's name and mailing address**
Charles Padgett
3412 Calle De Corrida

Las Vegas, PA, 89102

$ 1,522.47        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.7**  **Priority creditor's name and mailing address**
Dillon Bolognino

$ 520.00        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**Basis for the claim:**

Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 52

Debtor  Transik Productions LLC
        Name

Case number (if known)

---

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**     **Priority amount**

---

**2.8** **Priority creditor's name and mailing address**

Eric A Rebollo
3321 Dakota Way

Las Vegas , PA, 89169

$ 610.61     $ ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.9** **Priority creditor's name and mailing address**

Franklyn Gammel
4711 Boulder Highway Space K2

Las Vegas , PA, 89121

$ 2,250.00     $ ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** **Priority creditor's name and mailing address**

James Bahr II
7139 S Durango Dr

Las Vegas, PA, 89113

$ 2,346.04     $ ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** **Priority creditor's name and mailing address**

Janine Penticuff
4505 E Russell Rd

Las Vegas x, PA, 89121

$ 3,080.00     $ ____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor _____Transfix Produclons LLC_____
         Name

Case number _(if known)_ _____

## Part 1. Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

Louis Schneidman
2975 Bluegrass Lane Apt. 122

Henderson , PA, 89074

Total claim: $ 910.00          Priority amount: $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

Manuel Gallegos
1087 moonlit oasis lane 101

Henderson , PA, 89002

Total claim: $ 1,300.00          Priority amount: $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

Maria Poliak

Total claim: $ 400.00          Priority amount: $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.15** Priority creditor's name and mailing address

Michael R Worl

Total claim: $ 1,917.54          Priority amount: $ _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.16** **Priority creditor's name and mailing address**

Morgan Miller
151 Betty Lane

Las Vegas , PA, 89074

$ 1,500.00     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17** **Priority creditor's name and mailing address**
Steve Konicki
6300 W Lake Mead Blvd

Las Vegas, PA, 89108

$ 2,030.00     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.18** **Priority creditor's name and mailing address**
Syed Ashram
3013 Camino Sereno Ave

Henderson , PA, 89044

$ 3,688.61     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.19** **Priority creditor's name and mailing address**
Trevor J Ropelato
8037 Astrology Court Unit 201

Las Vegas, PA, 89128

$ 1,851.13     $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Hansik Productos LLC_____   Case number (if known) _____
         Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
36 North LLC
11256 Jim Beckwourth Court

Las Vegas, NV, 89179

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 25,600.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
A Storage on Wheels Inc
5085 Cecile Avenue

Las Vegas, NV, 89115

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 55,624.20

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
ADP
1 ADP Blvd.
Roseland, NJ, 07068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 33,245.85

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
AG Production Services
4660 Berg Street Suite 103 North

Las Vegas, NV, 89081

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,717,953.50

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
Airtable
799 Market Street, 8th FL
San Francisco, CA, 94103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 9,720.36

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
AJB Consulting LLC - Vincent Parrinello
640 North LaSalle
Suite 295

Chicago, IL, 60654

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Alcemhy Arts - Fez BeGaetz
9620 NW GERMANTOWN RD.

PORTLAND, OR, 97231

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 4,060.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

Alley Corp Enterprises LLC - Kevin Ryan
520 Broadway 4th Floor

NY, NY, 10012

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Allianz
44 Montgomery Street, Ste 1950

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Allied Global Marketing
55 Cambridge Parkway Suite 200

Cambridge, MA, 2142

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 78,277.10

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

Alpine Rigging
PO Box 181 Blue Diamond, NV 89004

Blue Diamond, NV, 89004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 14,757.89

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Amber Ruth Nicolai
6857 Franklin Ave, Apt 28

Las Vegas, CA, 90028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 254.80

---

**3.13** Nonpriority creditor's name and mailing address

Amigo & Amigo Design - SIMONE CHUA
Unit 3, 1-7 Jabez St

MARRICKVILLE, WI, 2204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,834.21

---

**3.14** Nonpriority creditor's name and mailing address

Amigo and Amigo Design
UNIT 3 1-7 Jabez St

Marrickville, NJ, 2204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,834.21

---

**3.15** Nonpriority creditor's name and mailing address

AmTrust
59 Maiden Lane

New York, NY, 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 7,191.00

---

**3.16** Nonpriority creditor's name and mailing address

Anthony Rodriguez

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 800.00

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 17   Nonpriority creditor's name and mailing address**

Anya Zaytseva Art LLC - Anya Zaysteva
181 Bartlett St Apt 8

San Francisco,, CA, 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,200.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 18   Nonpriority creditor's name and mailing address**

Apollonian Network LLC - Hayden Harrison
439 37th St. Apt. 3

Oakland,, CA, 94609

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,307.96

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 19   Nonpriority creditor's name and mailing address**

Arcadia Earth

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 20   Nonpriority creditor's name and mailing address**

ARCH Production & Design NYC Inc
167 Western Highway

West Nyack, NY, 10994

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 91,607.07

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3. 21   Nonpriority creditor's name and mailing address**

Arnett Design
23241 Arroyo Vista

Rancho Santa Margarita, CA, 92688

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,434.34

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Transilk Products LLC _____    Case number (if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Art With Me

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 155,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Artifact Logistics LLC
4925 Seaport Ave

Richmond, CA, 94804

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,845.25

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Atlas Crane Inc
3120 N. Nellis blvd Las Vegas, NV 89115

Las Vegas, NV, 89115

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 68,464.70

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

AV Vegas
4780 Arville St

Las Vegas, NV, 89103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 9,975.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Aztlan Trading Company
4527 Caledonia Way

Los Angeles, CA, 90065

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 10,956.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Transfix Products LLC
          Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.27**  **Nonpriority creditor's name and mailing address**

BDG Media, Inc - Bryan Goldberg
315 Park Avenue South #12

NY, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.28**  **Nonpriority creditor's name and mailing address**

Benjamin Careathers
3001 henry hudson parkway west

bronx, NY, 10463

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.29**  **Nonpriority creditor's name and mailing address**

Benjamin Langholz
1931 New York dr

Altadena, CA, 91001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 3,220.00

---

**3.30**  **Nonpriority creditor's name and mailing address**

Big Art Inc. - Paul Magnuson
235075 Ryan Road SE Rocky View

Alberta, NV, T1X 0K1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7,000.00

---

**3.31**  **Nonpriority creditor's name and mailing address**

Big Picture Builders LLC  - Dave Keene
3851 21st St.

San Francisco,, CA, 94114

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,400.00

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32 **Nonpriority creditor's name and mailing address**

Blatter, Michael
12 Parkway Drive

Dobbs Ferry, Ny, 10522

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 20,419.20

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 33 **Nonpriority creditor's name and mailing address**

Box Shop Inc - Charlie Gadeken 1
548 Precita Ave. San Francisco

San Francisco,, CA, 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,800.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 34 **Nonpriority creditor's name and mailing address**

Box Shop Inc - Charlie Gadeken 1
548 Precita Ave. San Francisco

San Francisco,, CA, 94110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 140,000.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 35 **Nonpriority creditor's name and mailing address**

Brand Worx
3-1750 The Queensway, Unit 203

Toronto, ON

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 38,588.49

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 36 **Nonpriority creditor's name and mailing address**

Brown, Brown & Premsrirut
520 South Fourth Street

Las Vegas, NV, 89101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 295.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor ___Transik Products LLC___    Case number _(if known)_____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.37** **Nonpriority creditor's name and mailing address**

Bryan Goldberg
2575 Flamingo Drive

Miami Beach FL, FL, 33140

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.38** **Nonpriority creditor's name and mailing address**

Chad Yunker
8949 Red Tapestry ct

Las Vegas, NV, 89149

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,000.00

---

**3.39** **Nonpriority creditor's name and mailing address**

Chaimberg Mtn Life Trust - Noah Chaimberg
296 Lake St. Apt. 6

Rouses Point, NY, 12979

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

**3.40** **Nonpriority creditor's name and mailing address**

Chelsa Christensen Photography
3663 W Cactus Ave #2023

Las Vegas, NV, 89141

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 1,775.00

---

**3.41** **Nonpriority creditor's name and mailing address**

Chicago Oriental Wholesale Market Inc. - Eugene Lam
1902 S Lumber St

Chicago, IL, 60616

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor  Transfix Production LLC
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 42    **Nonpriority creditor's name and mailing address**

Christ 2 Productions, LLC -- Christina Sporrong &
Christian Ristow
74 Calle Serena

Carson,, NM, 87517

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,900.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 43    **Nonpriority creditor's name and mailing address**

Christopher Bowman
5044 Mount Ashmun Dr

San Diego,, CA, 92111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,494.50

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 44    **Nonpriority creditor's name and mailing address**

Clark County Nevada
4701 W RUSSELL RD

Las Vegas, NV, 89118

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,127.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 45    **Nonpriority creditor's name and mailing address**

Clark-Reder Engineering Inc
10091 Mosteller Lane

West Chester, OH, 45069-3873

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,535.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

---

**3.** 46    **Nonpriority creditor's name and mailing address**

Clear Channel Outdoor
6355 S Cimarron Rd., Ste. 170

Las Vegas, NV, 89113

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 31,692.12

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 47 | **Nonpriority creditor's name and mailing address**

Community Ambulance
91 Corporate Park Drive Henderson

Henderson,, NV, 89074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 24,570.50

---

**3.** 48 | **Nonpriority creditor's name and mailing address**

Contemporary Services Corporation
17101 Superior St

Northridge,, CA, 91325

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 342,704.50

---

**3.** 49 | **Nonpriority creditor's name and mailing address**

COZO Industries LLC (Hybycozo)
710 4th Ave Unit 4

Venice, CA, 90291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 8,400.00

---

**3.** 50 | **Nonpriority creditor's name and mailing address**

CPR Tent & Event
5165 Schirlls St

Las Vegas, NV, 89118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 7,397.40

---

**3.** 51 | **Nonpriority creditor's name and mailing address**

Crossed Lab  - Oliver Ratsi
2 rue d?Arménie,

Lyon, FR, 69003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 5,600.00

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.52** Nonpriority creditor's name and mailing address

Cultural Counsel
128 E Broadway, #424

New York, NY, 10002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15,000.00

---

**3.53** Nonpriority creditor's name and mailing address

Dallas Swindle

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,800.00

---

**3.54** Nonpriority creditor's name and mailing address

Darrell Ansted
3110 Fremont St

Boulder, CO

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,500.00

---

**3.55** Nonpriority creditor's name and mailing address

David Karr
190 Reynolds Road

Salt Spring Island, BC, V8K1Y2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

---

**3.56** Nonpriority creditor's name and mailing address

David Oliver
54 County Road N8603

Concho, AZ, 85924

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,800.00

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 57 **Nonpriority creditor's name and mailing address**

Davis + Gilbert
1675 Broadway

New York, NY, 10019

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 78.50

---

**3.** 58 **Nonpriority creditor's name and mailing address**

Diesel Direct West
74 MapleSt

Stoughton, MA, 2072

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 5,199.27

---

**3.** 59 **Nonpriority creditor's name and mailing address**

Discounts Dumpsters LLC (Western Elite)
2745 North Nellis Boulevard

Las Vegas, NV, 89115

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 28,962.50

---

**3.** 60 **Nonpriority creditor's name and mailing address**

DJLB LLC - Larry Borden
31 Portland Road

Conshohocken, PA, 19428

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 61 **Nonpriority creditor's name and mailing address**

Duane Flatmo
4153 E Street

Eureka, CA, 95503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 35,000.00

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 62  **Nonpriority creditor's name and mailing address**

Duane Flatmo
4153 E Street

Eureka , CA, 95503

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 35,000.00

---

**3.** 63  **Nonpriority creditor's name and mailing address**

Dubylyovskyi Bohdan Mykolaiovych

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 645.00

---

**3.** 64  **Nonpriority creditor's name and mailing address**

Duggan Bertsch LLC
303 West Madison, Suite 1000 Chicago, Illinois
60606-3321

Chicago,, IL, 60606-3321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 26,193.10

---

**3.** 65  **Nonpriority creditor's name and mailing address**

Dumont TF LLC - Steven Friedman
99 West Hawthorne Avenue Suite 408

Valley Stream NY, NY, 11580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 66  **Nonpriority creditor's name and mailing address**

Eagle Rock Studios - Eric Coolidge
350 Meserole Street, Bldg C

Brooklyn, NY, 11206

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 3,416.00

| Part 2: | Additional Page | | |
|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.67** Nonpriority creditor's name and mailing address

Earl Stirling
4701 San Leandro St Suite 1G, ,

Oakland, CA, 94601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 4,060.00

---

**3.68** Nonpriority creditor's name and mailing address

EC Productions LLC
7982 Constantinople Ave

Las Vegas, NV, 89129

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,245.83

---

**3.69** Nonpriority creditor's name and mailing address

EFM USA Inc.
20925 Bonita St Carson CA 90746

Carson, CA, 90746

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 149,342.00

---

**3.70** Nonpriority creditor's name and mailing address

Eight Eleven LLC
8144 Dracopus Ave

Las Vegas, NV, 89113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 400.00

---

**3.71** Nonpriority creditor's name and mailing address

Elizabeth Dolan
80 Freeman St 3F

Brooklyn, NY, 11222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 10,000.00

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 72   **Nonpriority creditor's name and mailing address**

Emily Paulsen
1709 Penmar Ave APT 3

Venice,, CA, 90291

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,612.90

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 73   **Nonpriority creditor's name and mailing address**

Encore
5100 North River Road Suite 300

Schiller Park, IL, 60176

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,295.38

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 74   **Nonpriority creditor's name and mailing address**

Entertainment Project Services (EPS)
295 Sunpac Ave.

Henderson, NV, 89011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,398.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 75   **Nonpriority creditor's name and mailing address**

Euclid Avenue Holdings - Keith Mahler
11 Scoville Street PO Box 2763

Waterbury, CT, 6723

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 76   **Nonpriority creditor's name and mailing address**

Event Metal Detection

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Transfix Productions LLC___
     Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **77**   **Nonpriority creditor's name and mailing address**

Felix Las Vegas
17116 Valley View Ave.

La. Mirada,, CA, 90638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 166,831.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **78**   **Nonpriority creditor's name and mailing address**

Filmwerks LLC
1830 Carver Drive Suite D

Rockypoint,, NC, 28457

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 374,088.46

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **79**   **Nonpriority creditor's name and mailing address**

Fire Insurance
PO Box 7000
Carol Stream, IL, 60197-7000

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,287.58

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **80**   **Nonpriority creditor's name and mailing address**

Firefly Systems Inc
1612 Remuda Lane

San Jose, CA, 95112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,100.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **81**   **Nonpriority creditor's name and mailing address**

FoldHaus, LLC
77965 Calle Chihuahua

La Quinta, CA, 92253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 53,580.37

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    23-11283-jlg    Doc 1    Filed 08/11/23    Entered 08/11/23 17:00:00    Main Document
Transix Products LLC
Name      Pg 42 of 113      Case number *(if known)*

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.82**   **Nonpriority creditor's name and mailing address**

FoldHaus, LLC - Jesse Silver
77965 Calle Chihuahua

La Quinta, CA, 92253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 53,580.37

---

**3.83**   **Nonpriority creditor's name and mailing address**

Footfall LLC
7265 Dean Martin Drive Suite 170

Las Vegas, NV, 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,860.00

---

**3.84**   **Nonpriority creditor's name and mailing address**

Forging Impact
174 Ripley Street

San Francisco, CA, 94110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 12,000.00

---

**3.85**   **Nonpriority creditor's name and mailing address**

FoxHire LLC
4883 Dressler Rd NW, Suite 101

Canton,, OH, 44718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 148,446.50

---

**3.86**   **Nonpriority creditor's name and mailing address**

Fuerte Art House
3355 Clayton St Unit 11

North Las Vegas, NV, 89032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 2,590.00

---

Debtor  Fransix Productos LLC

Name  Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.87**  Nonpriority creditor's name and mailing address

Fun City Distribution, Inc
PO BOX 335202

North Las Vegas, NV, 89033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88**  Nonpriority creditor's name and mailing address

Gallagher Rental Inc
15701 Heron Ave

La Mirada,, CA, 90638

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 380,954.34

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89**  Nonpriority creditor's name and mailing address

George Anthony Krieger
1905 Mariposa Street

Seaside,, CA, 93955

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,000.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.90**  Nonpriority creditor's name and mailing address

Gloomy SAS
Avda.Ing.Luis Ponce 1 302 Esc.1'1 01

Montevideo, Uruguay

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 10,000.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91**  Nonpriority creditor's name and mailing address

Grafico inc.
76 SPECTRUM BLVD.,

Las Vegas, NV

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,158.49

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Transik Productions LLC
          Name                                              Case number (if known)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 92   **Nonpriority creditor's name and mailing address**

GrowthLab
146 Clifford St

Providence,, RI, 2903

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,250.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 93   **Nonpriority creditor's name and mailing address**

Heather Gallagher
c/o Claire Cochran Esq.
100 Pine Street, Suite 1250
San Francisco, CA, 94111

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Services

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 94   **Nonpriority creditor's name and mailing address**

Heffernan Co Equity - Mike Heffernan jr
1350 Carlback Avenue

Walnut Creek, CA, 94596

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 95   **Nonpriority creditor's name and mailing address**

HOTTEA - Eric Rieger
741 Pleasant Ave. ,

St. Paul Park, MN, 55071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 5,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 96   **Nonpriority creditor's name and mailing address**

Imagination 26 LLC - Schlomo Birnbaum
PO Box 10188

Newark NJ, NJ, 7101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Transix Products LLC
          Name                                                                    Case number (if known)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

Imaginesign & Design
4507 Lomita St

Los Angeles, CA, 90019

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 41,406.30

---

**3.98** Nonpriority creditor's name and mailing address

In club media
2655 South Maryland Parkway #201

Las Vegas, NV, 89109

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,950.00

---

**3.99** Nonpriority creditor's name and mailing address

Insight Global LLC
1224 Hammond Drive Suite 1500

Atlanta, GA, 30346

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,760.00

---

**3.100** Nonpriority creditor's name and mailing address

Iregular - Hind Azennar
6250 Hutchison, 5th floor

Montréal, CT, H2V 4C5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,400.00

---

**3.101** Nonpriority creditor's name and mailing address

Jabu John Varghees - Jabu John Varghees
2953 Jade Springs Lane

Pearland, TX, 77584

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102  **Nonpriority creditor's name and mailing address**

Jackson Lewis P.C.
300 S. Fourth Street Suite 900

Las Vegas, NV, 89101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 59.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 103  **Nonpriority creditor's name and mailing address**

James Grey Cloud Hecht - James Grey
1785 Zemke rd

Talent, OR, 97540

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 104  **Nonpriority creditor's name and mailing address**

James Thomas Productions Events and
Entertainment Inc

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 105  **Nonpriority creditor's name and mailing address**

JAOR LLC - Jason Poon
2953 Jade Springs Lane

Houston, TX, 77033

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Jason Flom
400 W 61st St
Apt 1611

New York, NY, 10023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  Transilk Production LLC
_____  Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 107 **Nonpriority creditor's name and mailing address**

Jerry Dee Gilleland
114 Carolwood Drive,

Fayetteville, GA, 30215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,080.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 108 **Nonpriority creditor's name and mailing address**

Joe Spitzley

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,300.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 109 **Nonpriority creditor's name and mailing address**

John Hansen & Friends Inc
4780 Arville St

Las Vegas, NV, 89103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,600.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 110 **Nonpriority creditor's name and mailing address**

John Trepp Project Development
1829A Hayes Street,

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 111 **Nonpriority creditor's name and mailing address**

Juanna Anite Blackwell
1901 S. Calumet Ave. Unit 1408

Chicago,, IL, 60616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43,671.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 112    **Nonpriority creditor's name and mailing address**

Kangli Conly
337 S Linden Drive

Beverly Hills, CA, 90212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**3.** 113    **Nonpriority creditor's name and mailing address**

Ken Hacke
Unit 2 1921 5 Street SW

Calgary , AL, T2S 2B2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 8,757.05

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**3.** 114    **Nonpriority creditor's name and mailing address**

LED Labs, LLC - Christopher Schardt
1190 63rd Street

Oakland,, CA, 94608

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,800.00

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**3.** 115    **Nonpriority creditor's name and mailing address**

Led Pulse Technology
Unit A, 22/F., Success Commercial Building,
245-251 Hennessy Road

Wanchai, OR

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 126,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

**3.** 116    **Nonpriority creditor's name and mailing address**

Led Pulse Technology - Danilo Grande
Unit A, 22/F., Success Commercial Building,
245-251 Hennessy Road, Wanchai, Hong Kong

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 75,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

| Date or dates debt was incurred | _____ |
|---|---|
| Last 4 digits of account number | _____ |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117** Nonpriority creditor's name and mailing address

Letitia L Hendershot
208 Morning Sun Ave

Mill Valley, CA, 94941

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,991.20

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.118** Nonpriority creditor's name and mailing address

Lisa Wasiak
130 County Road 151

Riesel,, TX, 76682

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 3,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.119** Nonpriority creditor's name and mailing address

LIVINSPIRED LLC - Aaron Smith
411 S Sangamon St #8B

Chicago, IL, 60607

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 0.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.120** Nonpriority creditor's name and mailing address

Luna Lyte
1 SHORT STREET APT 2

KEYPORT, NJ, 7735

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 1,260.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.121** Nonpriority creditor's name and mailing address

Lustix LLC - Gabriel Pulecio
530 S 8th Street

LAs Vegas, NV, 89101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

$ 6,767.40

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 122  **Nonpriority creditor's name and mailing address**

Marco Cochrane
212 12th Street ,

Petaluma, CA, 94952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 43,332.66

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 123  **Nonpriority creditor's name and mailing address**

Marco Cochrane
212 12th Street ,

Petaluma, CA, 94952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 16,666.66

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 124  **Nonpriority creditor's name and mailing address**

Marine Foods Express - Jason Poon
5757 S Loop East

Houston, TX, 77033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 125  **Nonpriority creditor's name and mailing address**

Matrix Visual
1050 E Valencia Dr.

Fullerton,, CA, 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 317,946.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

---

**3.** 126  **Nonpriority creditor's name and mailing address**

Matthew Moss
9943 Shallot Court

Las Vegas, NV, 89183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 800.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Debtor _Transfix Productions LLC_____   Case number *(if known)*_____
   Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.** 127  **Nonpriority creditor's name and mailing address**

McConnell Studios, Inc
4200 Atlantic Ave Ste. 141

Raleigh,, NC, 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 9,800.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 128  **Nonpriority creditor's name and mailing address**

Melanie Armer Muehleck
44 Tomplins Road

Carmel, NY, 10512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,539.72

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 129  **Nonpriority creditor's name and mailing address**

Metaverse Arts LLC
1016 Bonita Ave

Las Vegas, NV, 89104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,850.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 130  **Nonpriority creditor's name and mailing address**

Michelle Lee

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,275.75

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 131  **Nonpriority creditor's name and mailing address**

Mirrorball
12 Parkway Dr.

Dobbs Ferry, NY, 10522

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 94,567.51

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132  Nonpriority creditor's name and mailing address**

MJC Partners - Matt Chiu
30 N Gould St. Suite R

Sheridan, WY, 82801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.133  Nonpriority creditor's name and mailing address**

Mo Mon Tai, Inc.
1604 S. Maryland Parkway,

Las Vegas, NV, 89104

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 11,609.09

---

**3.134  Nonpriority creditor's name and mailing address**

Monarch
409 Grand Augusta Lane

Las Vegas, NV, 89144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45,876.00

---

**3.135  Nonpriority creditor's name and mailing address**

Monarch Playmodes - Christy Corda
409 Grand Augusta Lane

Las Vegas, NV, 89144

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 68,814.99

---

**3.136  Nonpriority creditor's name and mailing address**

Monsen Engineering LLC
4899 West 2100 South

West Valley City, UT, 84120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 730.00

Debtor _____Transfix Productions LLC_____   Case number *(if known)* _____
            Name

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

---

**3.137**   Nonpriority creditor's name and mailing address

Nadel
5820 Uplander Way

Culver City, CA, 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 19,354.28

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138**   Nonpriority creditor's name and mailing address

NATIONWIDE PARTNERSHIP LLC - Chris Hannah
4730 s. Fort Apache suite 300

Las Vegas, NV, 89147

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139**   Nonpriority creditor's name and mailing address

Nationwide Payment Systems Inc
1500 W. Cypress Creek Road, Suite #503

Ft. Lauderdale,, FL, 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 178.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.140**   Nonpriority creditor's name and mailing address

New Epoch Software LLC

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 24,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.141**   Nonpriority creditor's name and mailing address

Newegg Inc.
17560 Rowland Street

City of Industry, CA, 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 24,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Transfix Productaios LLC___
Name

Case number (if known) _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3. 142    Nonpriority creditor's name and mailing address**

Next! Hospitality Advisors
6574 N. State Road 7 Box 415

Coconut Creek,, FL, 33073

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 7,939.57

---

**3. 143    Nonpriority creditor's name and mailing address**

Nichole Wormell
209 N. Venice Blvd., Apt. 10

Venice,, CA, 90291

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 5,250.00

---

**3. 144    Nonpriority creditor's name and mailing address**

Nicolas Yoon
106 Cielo PL

LA Habra, CA, 90631

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 10,000.00

---

**3. 145    Nonpriority creditor's name and mailing address**

Noble House Trading Company LLC
134 W. 25th St Floor 7

New York City, NY, 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 128.90

---

**3. 146    Nonpriority creditor's name and mailing address**

Nonotak - Noemi SCHIPFER
154, rue Saint-Denis

Paris , CA, 75002

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 10,915.38

---

Debtor  Transfix Productous LLC
        Name                                          Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.** 147   **Nonpriority creditor's name and mailing address**

Norm Brodsky
15 Central Park West
Apt 15H

New York, NY, 10023

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 148   **Nonpriority creditor's name and mailing address**

Ntiva
7900 Westpark Drive Suite A100

McLean, VA, 22102

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,408.02

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 149   **Nonpriority creditor's name and mailing address**

Ouchhh - Ferdi Alici
CENTRAL BUSINESS CENTRE - ROOM 1 -
LEVEL 1 - SUITE 2, MDINA ROAD

ZEBBUG, AL, ZBG9015

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,600.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 150   **Nonpriority creditor's name and mailing address**

Pablo Gonzalez Vargas
JUAN VAZQUEZ DE MELLA #481 PISO 2
LOCAL 200 OFICINA  A, POLANCO I SECC,
MIGUEL HIDALGO,

CDMX, , NM, 11510

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,040.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

**3.** 151   **Nonpriority creditor's name and mailing address**

Palm Advisors LLC - Brad Palmer
Attn: Jason Woody
19 W Elm Street

Greenwich, CT, 6830

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

---

Debtor ___Transfix Productions LLC___
Name

Case number *(if known)* _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.** 152   **Nonpriority creditor's name and mailing address**

PandaDoc
11908 Tolay Creek Ct

Las Vegas, NV, 89138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,500.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 153   **Nonpriority creditor's name and mailing address**

Paolo Martinez LLC
2712 Sidonia Ave

Las Vegas, NV, 89102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,400.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 154   **Nonpriority creditor's name and mailing address**

Paul Eibeler
11960 SE Birkdale Run

Jupiter Hills, FL, 33469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 155   **Nonpriority creditor's name and mailing address**

Pay Over Time

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 192,982.80

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

**3.** 156   **Nonpriority creditor's name and mailing address**

People and Places LLC
6332 Grand Blvd.
New Port Richey, FL, 34652

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,250.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 157  **Nonpriority creditor's name and mailing address**

Pneuhaus
2165 Druid Park Dr Suite 5

Baltimore,, MD, 21211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 12,600.00**

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 158  **Nonpriority creditor's name and mailing address**

Prime Cleaning Systems
7001 W Arby Ave #120

Las Vegas, NV, 89113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 66,420.00**

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 159  **Nonpriority creditor's name and mailing address**

Print Las Vegas, Inc
5130 S. Valley View #102

Las Vegas, NV, 89118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 1,002.47**

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 160  **Nonpriority creditor's name and mailing address**

Protech Sound System
8410 Morning Glory Road

Pefferlaw,, NC, L0E1N0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 12,500.00**

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 161  **Nonpriority creditor's name and mailing address**

R&E Management, Inc.
103 Williams Street Unit 414

Crisfield,, MD, 21817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**$ 4,758.75**

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor __Transfix Productions LLC_____    Case number (if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** Nonpriority creditor's name and mailing address

Radha Agrawal
693 humboldt street

Brooklyn, NY, 11222

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.163** Nonpriority creditor's name and mailing address

RBHU
1329A Hopkins St

Berkeley,, CA, 94702

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 14,691.62

---

**3.164** Nonpriority creditor's name and mailing address

Red LionFish LLC - Christian Kanady
120 Robert S. Kerr Ave

Oklahoma City, OK, 73102

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 0.00

---

**3.165** Nonpriority creditor's name and mailing address

Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor

New York, NY, 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 17,164.50

---

**3.166** Nonpriority creditor's name and mailing address

Resonant Arts, LLC - Tyson Ayers
181 West Egg And I Rd

Chimacum,, WA, 98325

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

$ 7,000.00

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.** 167   **Nonpriority creditor's name and mailing address**

Resorts World Las Vegas
3000 Las Vegas Blvd S,

Las Vegas, NV, 89109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 135,560.50

---

**3.** 168   **Nonpriority creditor's name and mailing address**

RJV Consulting Inc
4660 S Eastern Ave 202

Las Vegas, NV, 89119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 2,500.00

---

**3.** 169   **Nonpriority creditor's name and mailing address**

RKL eSolutions LLC
1800 Fruitville Pike

Lancaster,, PA, 17601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 16,250.00

---

**3.** 170   **Nonpriority creditor's name and mailing address**

Road Radios
111 Lomita St

ElSegundo, CA, 90245

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,475.00

---

**3.** 171   **Nonpriority creditor's name and mailing address**

Romina Kunstadter
445 North 10th St.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172  Nonpriority creditor's name and mailing address**

Sage Intacct Inc
300 PARK AVE STE 1400

SAN JOSE, CA, 95110

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 30,371.34

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173  Nonpriority creditor's name and mailing address**

Sammydean Hamoui

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 410.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174  Nonpriority creditor's name and mailing address**

Sean Stuart
901 Fremont Street #407

Las Vegas, NV, 89101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,300.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175  Nonpriority creditor's name and mailing address**

Sepe Productions

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,420.53

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176  Nonpriority creditor's name and mailing address**

Sierra Surf House LLC - Christian Kanady
1805 N Carsom St UNIT 94

CARSON CITY, NV, 89701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Fransik Productios LLC
_____
Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.177** **Nonpriority creditor's name and mailing address**

Simon Protection
NV PPO $2018

FL

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 33,000.00

---

**3.178** **Nonpriority creditor's name and mailing address**

Skrzyniarz & Mallean
10880 Wilshire Boulevar dSuite 1290

Los Angeles, CA, 90024

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 46,120.00

---

**3.179** **Nonpriority creditor's name and mailing address**

Slang AOS LLC
640 N LaSalle Street

Chicago, IL, 60654

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 10,000.00

---

**3.180** **Nonpriority creditor's name and mailing address**

Soda Lime
Tomas Pettersson, Essingetorget 39, 112 66
Stockholm, Sweden

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 75,456.00

---

**3.181** **Nonpriority creditor's name and mailing address**

Sofia Martin

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 300.00

---

Debtor    Transfix Products LLC
          _____
          Name                                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 182  **Nonpriority creditor's name and mailing address**

Solotech U.S. Corporation
3870 Logistics Way, Suite 402-403

Antioch,, TN, 37013

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 859,009.18

---

**3.** 183  **Nonpriority creditor's name and mailing address**

Stephanie Zellhoefer
2526 Earl Ave

LongBeach, CA, 90806

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 8,064.67

---

**3.** 184  **Nonpriority creditor's name and mailing address**

Stephen Weber
6700 Southwest 102nd Terrace

Pinecrest, FL, 33156-3250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 185  **Nonpriority creditor's name and mailing address**

Steven Blatter
17 colony row

Chappaqua, NY, 10514

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.** 186  **Nonpriority creditor's name and mailing address**

Strictly FX
120 Airpark Center Drive

East Nashville, TN, 37217

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 245,498.01

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** _187_   **Nonpriority creditor's name and mailing address**

Studio RRD Inc dba Rob Ross Design
1460 Broadway #6007

New York, NY, 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 17,669.61

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _188_   **Nonpriority creditor's name and mailing address**

Sunbelt Rentals
PO Box 409211

Atlanta,, GA, 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 411,851.56

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _189_   **Nonpriority creditor's name and mailing address**

T-Fix Investments LLC - Courtney Mayster
191 N. Wacker Drive
Suite 1800

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _190_   **Nonpriority creditor's name and mailing address**

T-Fix Investments LLC c/o Much Shelist -
Kimberly Freeland
191 N. Wacker Drive
Suite 1800

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** _191_   **Nonpriority creditor's name and mailing address**

T-Fix Investments LLC c/o Much Shelist -
Lawrence Wert
191 N. Wacker Drive
Suite 1800

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Fransitx Products LLC_____    Case number (if known) _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 192  **Nonpriority creditor's name and mailing address**

T-Fix Investments LLC c/o Much Shelist - Perry Mandera
191 N. Wacker Drive Suite 1800

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 193  **Nonpriority creditor's name and mailing address**

T-Fix Investments LLC c/o Much Shelist - Steve Degraff
191 N. Wacker Drive
Suite 1800

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 194  **Nonpriority creditor's name and mailing address**

T-Fix Investments LLC/Cinespace Chicago Film Studios/Alex Pisios
191 N. Wacker Drive
Suite 1800

Chicago, IL, 60606

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 195  **Nonpriority creditor's name and mailing address**

TAB Contractors Inc
6600 Amelia Earhart Ct. #B

Las Vegas, NV, 89119

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 147,881.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 196  **Nonpriority creditor's name and mailing address**

TCI Event Rentals Inc
3985 East Sunset Rd Suite A

Las Vegas, NV, 89120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,150.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Transfix Productions LLC_____ Case number (if known)_____
     Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 197  **Nonpriority creditor's name and mailing address**

Tetraction, LLC
9514 Wild Valley Ave

Las Vegas, NV, 89148

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 41,441.68

---

**3.** 198  **Nonpriority creditor's name and mailing address**

Textile-XPress
5770 South Anderson Street,

Los Angeles, CA, 50058

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 18,632.00

---

**3.** 199  **Nonpriority creditor's name and mailing address**

The 5280 Protection Group LLC
3445 First Light Dr.

Castle Rock, CO, 80109

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 12,500.00

---

**3.** 200  **Nonpriority creditor's name and mailing address**

The Bridge Transfix LLC - Marc Dizon
2554 Lincoln Blvd. #245

Venice, CA, 90291

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 0.00

---

**3.** 201  **Nonpriority creditor's name and mailing address**

The Prism
445 North 10th St

Fairview, NJ, 7022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 35,647.46

---

Debtor  Transfix Products LLC
Name

Case number (if known)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3.** 202  **Nonpriority creditor's name and mailing address**

The Sherwin Williams Co.
2225 W. Whispering Winds Dr,

Phoenix,, AZ, 85085

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,754.51

---

**3.** 203  **Nonpriority creditor's name and mailing address**

Thierry Ho
245 East 72nd Street Apt. 16B

NY, NY, 10021

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.** 204  **Nonpriority creditor's name and mailing address**

Ticketmaster
325 N Maple Dr

Beverly Hills, CA, 90210

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 34,341.07

---

**3.** 205  **Nonpriority creditor's name and mailing address**

Time ETC
511 Avenue of the Americas #4051

New york, NY, 10011

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,100.00

---

**3.** 206  **Nonpriority creditor's name and mailing address**

Todd Moyer Designs
6300 Cromwell Ave,

Las Vegas,, NV, 89107

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,880.00

Debtor  Transfix Products LLC
        _____
        Name                                                     Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 207 **Nonpriority creditor's name and mailing address**

Tom Malloy Corp.
325 N. Cota St.,

Corona,, CA, 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 23,578.39

---

**3.** 208 **Nonpriority creditor's name and mailing address**

Tony Galuppi
620 Beryl St. Unit 09

Redondo Beach,, AL, 90277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,300.00

---

**3.** 209 **Nonpriority creditor's name and mailing address**

TOURtech Support Inc.
1723 Roundrock Drive

Raleigh,, NC, 27615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 11,550.00

---

**3.** 210 **Nonpriority creditor's name and mailing address**

Transfix SAFE, LLC - Greg Field
901 LiveOak Ridge Road

West Lake Hills, TX, 78746

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 0.00

---

**3.** 211 **Nonpriority creditor's name and mailing address**

Trinet
1 Park Place Suite 600

Dublin, CA, 94568-7983

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 5,662.36

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212  Nonpriority creditor's name and mailing address**

United Site Services
118 Flanders Rd

Westborough,, MA, 1851

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 243,315.32

---

**3.213  Nonpriority creditor's name and mailing address**

Unlimited Custom Creations, LLC
76 Spectrum Blvd

Las Vegas, NV, 89101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 6,376.88

---

**3.214  Nonpriority creditor's name and mailing address**

USACO Worldwide Inc
10900 nw 21 st Suite 220

Miami, FL, 33172

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 202.00

---

**3.215  Nonpriority creditor's name and mailing address**

Vegas Propane Inc
4610 Eaker St. North

Las Vegas, NV, 89081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 45,228.42

---

**3.216  Nonpriority creditor's name and mailing address**

Versus Productions LLC
10 East 33rd Street, 5th Floor

New York, NY, 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 64,730.00

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.217  Nonpriority creditor's name and mailing address**

VJ Talbot

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,750.00

---

**3.218  Nonpriority creditor's name and mailing address**

WESS
P.O. Box 843886

Kansas City, MO, 64184

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 5,815.00

---

**3.219  Nonpriority creditor's name and mailing address**

WHITEVOID
Köpenicker Chaussee 4 10317

Berlin , MD

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.220  Nonpriority creditor's name and mailing address**

WHITEVOID
Koepenicker Chaussee 4

Berlin Germany, 10317

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 299,720.10

---

**3.221  Nonpriority creditor's name and mailing address**

Willscot Mobile Mini
4646 E VAN BUREN ST

PHOENIX,, AZ, 85008-6927

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 157,230.14

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 222  **Nonpriority creditor's name and mailing address**

Wolf Productions, LLC
9873 Mount Oroville Ct

Las Vegas, NV, 89178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,900.00

---

**3.** 223  **Nonpriority creditor's name and mailing address**

Wyatt Creative Holdings LLC
405 Millinocket Ct

Henderson,, NV, 89074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,250.00

---

**3.** 224  **Nonpriority creditor's name and mailing address**

Xuza Art Car - Mike Ceragioli
3150 W Wigwam Ave

Las Vegas, NV, 89139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 10,000.00

---

**3.** 225  **Nonpriority creditor's name and mailing address**

Zachary Coffin
1235 Broadway

Alameda,, CA, 94501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,060.00

---

**3.** 226  **Nonpriority creditor's name and mailing address**

Zoom
55 Almaden Blvd 6th floor

San Jose, CA, 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 659.67

---

Debtor    Transmix Productions LLC                                      Case number *(if known)*
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Claire Cochran, Esq.<br>100 Pine Street, Suite 1250,<br>San Francisco, CA, 94111 | Line _____<br>☑ Not listed. Explain:<br>Counsel to Heather Gallagher | _____ |
| 4.2. | Ryan S. Thomas, Deputy General Counsel, Resorts World Las Vegas<br>3000 Las Vegas Boulevard South,<br>Las Vegas, NV, 89109 | Line _____<br>☑ Not listed. Explain<br>Counsel to Resorts World Las Veg | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $ 33,245.85 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ 9,192,746.70 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 9,225,992.55 |

| Fill in this information to identify the case: |
|---|
| Debtor name _Transfix Productions LLC_ |
| United States Bankruptcy Court for the: _Southern District of New York_ |
| Case number (If known): _____   Chapter _7_ |

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | See enclosed list of contract and potentially executory contracts | See Attached Schedule G |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

## Schedule G Executory Contracts

| Priority & Status | Artwork | Artist | Link to Fully Signed | Link to Draft | Link to Contract Request Form | Term - Duration | Notes |
|---|---|---|---|---|---|---|---|
| DONE Signed | Shrumen Lumen | FoldHaus, LLC. | Link to Signed | | | 5. Delivery Due Date: December 31, 2022, for delivery of Artwork by Artist for pick up and receipt by TRANSFIX ("Delivery Due Date.") | |
| DONE Signed | Hand of Man | Christian Ristow | Link to Signed | | | 4. Delivery Due Date: January or February 2023 TBD delivery of Artwork by Artist to location designated by TRANSFIX's ("Delivery Due Date.") | |
| DONE Signed | Capsule | Christian Ristow & Christina Sporrong | Link to Signed | | | 4. Delivery Due Date: January or February 2023 TBD delivery of Artwork by Artist to location designated by TRANSFIX's ("Delivery Due Date.") | |
| DONE Signed | Thistle & Fluidic | Todd Moyer | Link to Signed | Link to Draft | Link to Contract Request Form | 4. Delivery Due Date: March 15, 2023, delivery of Artwork by Artist to location designated by TRANSFIX's ("Delivery Due Date.") | |
| Removed from Exhibition | R-Evolution | Marco Cochrane | Link to Signed | | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date and run through December 31, 2025 (the "Initial Lease Period"). Upon expiration of the Initial Lease Period, TRANSFIX shall the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. Any renewal after the first Renewal Lease Period must be by mutual written agreement and may include new or different terms. | Jeremy Sugerman, Esq. has revised agreement.  No response to requests for update.  (He was in trial prep / trial for most of Dec.  Art Team will reach out directly to Marco.) |
| DONE Signed | Kulkulcan's Portal | Abram Santa Cruz | Link to Paper | Link to Draft | Link to Contract Request Form | | |
| DONE Signed | Electric Dandelions | Abram Santa Cruz | Link to Signed | Link to Draft | Link to Contract Request Form | | |
| DONE Signed | Autumn Spire | Eric Coolidge | Link to Signed | Link to Draft | Link to Contract Request Form | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional Three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for each Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. | |
| DONE Signed | Petaled Portal | David Oliver | Link to Signed | Link to Draft | Link to Petal Portal Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed | |
| DONE - Signed | Throne | Zachary Coffin | Link to Signed | Link to Draft | Link to Contract Request Form | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX and the Artist and mutually agree whether to extend the duration via an option to renew for one additional three year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for each Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. | |
| DONE - Signed | Pyrograph | Earl Stirling | Link to Signed | Link to Draft | Link to Contract Request Form | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for each Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. | Per Thor, one year only commitment is approved.  No obligation for the Artist to keep that rate for any future exhibition, the Artist can renegotiate thereafter. |
| DONE - Signed | Helianthus Enorme | Alchemy Arts | Link to Signed | Link to Draft | Link to Contract Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period (unless otherwise agreed to by the Parties.) In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed | |
| DONE - Signed | Orbit | Hayden Harrison | Link to Signed | Link to Draft | Link to Contract Request | The term of theArtwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX and the Artist may mutually agree to renew for one additional Three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for each Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. | |

| Status | Title | Artist | Link to Signed | Link to Draft | Link to Request | Notes |
|---|---|---|---|---|---|---|
| DONE - Signed | Illumina - Joe will make ready 1/31/23 | Pablo Vargas & Mayan Warrior Team | Link to Signed | Link to Draft | Link to Contract Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Peace Under Pressure | Ken Hacke | Link to Signed | | Contract Request Form | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for each Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| Done - SIGNED | Untitled (MURMURATION - tbc confirmed by artist) | HOTTEA - Eric Reiger | Link to Signed | | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2026 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional one (1) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Stone 11 | Benjamin Langholz | Link to Signed | Link to Draft | Link to Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | 5 Elements Tea House: Ether | Tyson Ayers, Resonant Art & Sound Cave Project | Link to Signed | Link to Draft | Link to Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew (subject to Artist's mutual agreement, not to be unreasonably withheld) for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Helix | Charles Gadeken | Link to Purchase Draft | | | 5. Delivery Due Date: On or before March 30, 2023 (exact date TBD); delivery of Artwork by Artist to location designated by TRANSFIX's ("Delivery Due  Date.") | Art Team in communication with Gadeken re: various changes requested by Gadeken.  Legal Dept. awaits decisions and status update from Art Team. |
| DONE - Signed | Honeypot | Anya Zaytseva | Link to Signed | | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2026 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional one year (1_) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE- Signed | Centered | *Darrell Ansted* | Link to Signed | Link to Draft - Centered | Link to Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Trumpet Flowers | Amigo & Amigo | Link to Signed | Link to Draft | Link to Contract Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Paradisium | Dave Keane | Link to Signed | Link to Draft | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |

| Status | Artwork | Artist | Link | Draft | Request | Term |
|---|---|---|---|---|---|---|
| DONE - Signed | Evolution Field | Matt McConnell | Link to Signed | | | The term of the Artwork Lease to TRANSFIX shall commence as of the Effective Date through the Six-Month Exhibition period commencing on or about April 21, 2023 through on or about October 31, 2023 (the "Initial Lease Period") for purposes of TRANSFIX'S initial exhibition in Las Vegas, NV. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew for one additional six (6) month period(the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Infinity V3 (Tiles of Infinite Space) | Gabriel Pulecio | Link to Signed | | Link to Contract Request | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall the option to renew for one additional three (3) year calendar period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork Rental Fee/Compensation shall be increased by five percent (5%) for each Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Sisyphus 2.0 | Melanie Armer & Stephen Moore | Link to Signed | Link to Draft | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall have the option to renew if mutually agreed upon for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | Paraluna | Christopher Schardt | Link to Signed | | Link to Contract Request Form | The term of the Artwork lease to TRANSFIX shall commence on the April 15, 2023 or the date of First Exhibition (whichever occurs sooner) for twelve months (i.e. 365 days) (the "Initial Lease Period"). In the event that Artist and TRANSFIX desire to extend the lease period thereafter Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - Signed | HybyCozo - Point of View | COZO Industries LLC | Link to Signed | | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through March 30, 2024 (the "Initial Lease Period"). Upon expiration of the Initial Lease Period, TRANSFIX shall the option to renew for one additional two (2) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. After the initial Las Vegas exhibition, The Artists have the authority to change out the art for other of their artworks that are both interactive and lighted. Additional fees will be negotiated if the newly selected artworks are significantly larger or more numerous. |
| DONE - Signed | Playmodes - Beyond | | Link to Signed | | | Artist IP - 6 Months from April 21, 2023 Start Date (to October 21, 2023) - See SOW Exhibit. |
| DONE - SIGNED | Awaken | Darrell Ansted | Link to Signed | Link to Draft | | The term of the Artwork lease to TRANSFIX shall commence on the Effective Date through December 31, 2025 (the "Initial Lease Period") pro-rated for 2023. Upon expiration of the Initial Lease Period, TRANSFIX shall the option to renew for one additional three (3) calendar year period (the "Renewal Lease Period") on the same terms set forth herein, except that the Artwork rental Fee/Compensation shall be increased by five percent (5%) for the Renewal Lease Period. In the event that Artist and TRANSFIX desire to extend the lease period thereafter, Artist and TRANSFIX may attach an Appendix with terms regarding mutually agreed extensions. |
| DONE - SIGNED | Entwined Shrubs & Saplings | Charles Gadeken | Link to Signed | Link to Draft | Link to Request | |
| DONE - SIGNED | NonoTak | Untitled | Link to Signed | Link to Draft | | |
| DONE - SIGNED | AI Data Monolith | Ouchhh | Link to Signed | Link to Draft | | |
| DONE - SIGNED | Big Art - Tunnel - | Paul Magnuson | Link to Signed | | | |
| DONE - SIGNED | DRAGONO2 | LED Pulse | Link to Signed | | | |
| SIGNED BY ARTIST | Onion Skin - Oliver Ratzi - pending, but no | Link to Signed | | | | |
| DONE - SIGNED | Iregular io | Control No Control | Link to Signed | Link to Signed | | |
| Pending Agmt from Atty (was out via DocuSign) - waiting for insurance info. | Axion | WHITEVoid | | | | |
| coming up | Cycle Contract - link | | LINK TO 1 of 2 | | | |
| | | | Link to 2 of 2 | | | |
| Temp Exhibit for opening weeke | Pulpo Magnifico | | https://www.youtube.com/watch?v=GMfzFIERJlg | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Out to Artist & Atty (no engineering) | Medusa Madness | (Sugerman) | | | | |
| Out to Artist | Pulse | Flaming Lotus Girls (Sugerman) | | Link to Draft | Link to Contract Request Form | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Charlie Gadeken | | | | | | |

**Fill in this information to identify the case:**

Debtor name _Transfix Productions LLC_

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name _Transfix Productions LLC_

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 601,776.95 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 120,397.01 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | Interest, Checking Acct. | $ 100.90 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | Interest, Checking Acct. | $ 576.92 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | Interest, Checking Acct. | $ 55.69 |

Debtor ___Transfix Productions LLC_____    Case number (if known)_____
      Name

---

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

|  | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- | --- |
| 3.1. | See Attached SOFA Part 2, Question 3<br>Creditor's name |  | $ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name |  | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| 4.1. | None other than ordinary course compensation<br>Insider's name | _____<br>_____<br>_____ | $_____ |  |
|  | **Relationship to debtor**<br>_____ |  |  |  |
| 4.2. | _____<br>Insider's name | _____<br>_____<br>_____ | $_____ |  |
|  | **Relationship to debtor**<br>_____ |  |  |  |

---

| Debtor | Transfix Productions LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. A Storage on Wheels Inc | Creditor may have taken (w/o Debtor's consent or knowledge) Debtor's property located at Resorts World Casino , incl property subject to other liens and which is subj to other claims. RW may have addl info. | 08/2023 | $ 0.00 |
| Creditor's name 5085 Cecile Avenue Las Vegas, NV 89115 | | | |
| 5.2. | | | |
| Creditor's name | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Whitevoid GMBH v. Transfix Productions LLC | Collection | Southern District of New York | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 1:23-cv-05288 | | | |
| **Case title** | | **Court or agency's name and address** | ☐ Pending |
| 7.2. | | | ☐ On appeal |
| **Case number** | | | ☐ Concluded |

SOFA Part 2 of 3 Vendor History and AP List

| Tier | VERIFIED | CATEGORY | Vendor Name | CONTACT NAME | CONTACT PHONE | EMAIL | ADDRESS | DESCRIPTION | Paid To Date | Open Balance | RENTAL DUE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | TOTAL DUE |
| - | | BUILDING SUPPLIES | American Earth Achor Building Material | | | | | | $2,971.20 | $0.00 | | |
| - | | BUILDING SUPPLIES | SteelMaster Buildings, LLC | | | | | | $46,053.00 | $0.00 | | |
| - | | BUILDING SUPPLIES | Harbor Freight Tools | | | | | | $2,244.23 | $0.00 | | |
| - | | BUILDING SUPPLIES | Curtis Steel Company | | | | | | $2,306.77 | $0.00 | | |
| - | | BUILDING SUPPLIES | Trans Continental Hardware | | | | | | $13,709.40 | $0.00 | | |
| - | | BUILDING SUPPLIES | Trans Continental Hardware NYS (TCH) | | | | | | $13,709.40 | $0.00 | | |
| - | | BUILDING SUPPLIES | SilverDoor Americas Inc | | | | | | $13,742.81 | $0.00 | | |
| - | | BUILDING SUPPLIES | Home Depot | | | | | | $17,980.92 | $0.00 | | |
| - | | BUILDING SUPPLIES | SenSource (Audio Hardware) | | | | | | $8,065.30 | $0.00 | | |
| 3 | | BUILDING SUPPLIES | The Sherwin Williams Co. | Joel Barnes | 800-866-1312 | joel.c.barnes@sherwin.com | 2225 W. Whispering Winds Dr, Phoenix, AZ 85085 | | $8,632.71 | $4,754.00 | | |
| - | | BUILDING SUPPLIES | McMaster-Carr | | | | | | $870.10 | $0.00 | | |
| - | | BUILDING SUPPLIES | Polymershapes LLC | | | | | | $2,408.46 | $0.00 | | |
| - | | BUILDING SUPPLIES | Fasco | | | | | | $1,248.51 | $0.00 | | |
| - | | BUILDING SUPPLIES | Alpine Rigging (PPE) | | | | | | $1,350.00 | $0.00 | | |
| - | | BUILDING SUPPLIES | The Living Art of Armando Inc (Steel Tube Roller Braken) | | | | | | $3,500.00 | $0.00 | | |
| - | | BUILDING SUPPLIES | SEA Box (Conatiner Connectors) | | | | | | $3,871.84 | $0.00 | | |
| - | | BUILDING SUPPLIES | SEA BOX | Paid By Blatter | | | | | 1018.24 | $0.00 | | |
| - | | BUILDING SUPPLIES | CDF Distributors (Building Material) | | | | | | $6,788.32 | $0.00 | | |
| - | | BUILDING SUPPLIES | Gaskets & Strip (Building Supplies) | | | | | | $6,118.36 | $0.00 | | |
| - | | BUILDING SUPPLIES | FERGUSON ENT | Paid By Blatter | | | | | $6,962.01 | $0.00 | | |
| | | | | | | | | | $163,551.58 | $4,754.00 | | |
| - | | BURNING MAN Supplies | IKEA | | | | | Chairs | $476.66 | | | |
| - | | BURNING MAN Supplies | Camp Chef | | | | | Oven | $484.47 | | | |
| - | | BURNING MAN Supplies | Amazon Disposables Goods | | | | | Stuff | $53,778.59 | | | |
| - | | BURNING MAN Supplies | Form & Reform | | | | | Shade Structure | $1,543.50 | | | |
| - | | BURNING MAN Supplies | Costco | | | | | Tables | $993.92 | | | |
| - | | BURNING MAN Supplies | Wayfair | | | | | Furniture | $1,989.11 | | | |
| - | | BURNING MAN Supplies | International E-Z Up | | | | | Tents | $2,624.13 | | | |
| - | | BURNING MAN Supplies | Elder Logistics Inc | | | | | Storage | $4,000.00 | | | |
| Shiftpod | | BURNING MAN Supplies | Overstock | | | | | Pillows | $4,441.28 | | | |
| - | | BURNING MAN Supplies | Camping Supplies | | | | | Tents | $6,681.80 | | | |
| - | | BURNING MAN Supplies | 555 | | | | | | $0.00 | | | |
| | | | | | | | | | $77,013.46 | $0.00 | | |
| - | | BURNING MAN | Reno Moving Company | | | | | | $50.00 | | | |
| - | | BURNING MAN | The UPS Store | | | | | | $54.43 | | | |
| - | | BURNING MAN | Brunos Gas & Towing | | | | | | $81.00 | | | |
| - | | BURNING MAN | Habitat for Humanity ReStore Chicago | | | | | | $115.76 | | | |
| - | | BURNING MAN | AirMedCare | | | | | | $135.00 | | | |
| - | | BURNING MAN | Junkee Clothing Exhange | | | | | | $172.20 | | | |
| - | | BURNING MAN | GSR | | | | | | $187.24 | | | |
| - | | BURNING MAN | Traveling Buddah | | | | | | $190.74 | | | |
| - | | BURNING MAN | Collecting Warehouse | | | | | | $191.35 | | | |
| - | | BURNING MAN | Highland Steel | | | | | | $194.94 | | | |
| - | | BURNING MAN | GoFundMe | | | | | | $230.00 | | | |
| - | | BURNING MAN | Home Goods | | | | | | $233.75 | | | |
| - | | BURNING MAN | Trash & Vaudeville | | | | | | $236.60 | | | |
| - | | BURNING MAN | Liberty Fire Service | | | | | | $400.00 | | | |
| - | | BURNING MAN | USPS | | | | | | $441.25 | | | |
| - | | BURNING MAN | Public Storage | | | | | | $467.44 | | | |
| - | | BURNING MAN | Share My Coach Chino | | | | | | $118,525.00 | | | |
| - | | BURNING MAN | Cruise America | | | | | | $31,990.87 | | | |
| - | | BURNING MAN | Gilbert Aviles | | | | | | $798.00 | | | |
| - | | BURNING MAN | MECO | | | | | | $1,190.00 | | | |
| - | | BURNING MAN | Gothic Renaissance | | | | | | $1,382.53 | | | |
| - | | BURNING MAN | ATM Withdrawal | | | | | | $2,000.00 | | | |
| - | | BURNING MAN | Wal-Mart | | | | | | $3,148.57 | | | |
| - | | BURNING MAN | Nomad Tents | | | | | | $4,017.00 | | | |
| - | | BURNING MAN | Cellhire USA | | | | | | $4,060.93 | | | |
| - | | BURNING MAN | Nate Kennison | | | | | | $5,942.68 | | | |
| - | | BURNING MAN | Loading Helpers | | | | | | $4,730.00 | | | |
| - | | BURNING MAN | HabRitual LLC | | | | | | $6,442.50 | | | |
| - | | BURNING MAN | Burning Man | | | | | | $7,562.33 | | | |
| - | | BURNING MAN | Grand Sierra | | | | | | $9,390.05 | | | |
| - | | BURNING MAN | Peppermill Hotel Reno | | | | | | $1,813.31 | | | |
| 1 | | BURNING MAN | U-Haul | | | | | Trucking & Storage | $12,244.30 | | | |
| - | | BURNING MAN | ManShark LLC Donald Calwley | | | | | Event Producer | $14,499.43 | | | |
| | | | | | | | | | $233,119.20 | $0.00 | | |
| 1 | | FURNITURE & DECOR | RJV Consulting Inc | Ralph Vitello | 702-767-9000 | | | | $0.00 | $2,500.00 | | Flame retardant spray |
| 1 | | CONSULTANTS | Protech Sound System (Sound Designer) | Jamie Howieson | 647-226-134 | jamiehowieson1@gmail.com | 8410 Morning Glory Road Pefferlaw, Ontario L0E 1N0 | | $0.00 | $12,500.00 | | |
| - | | CONSULTANTS | Entertainment Project Services (EPS) | Jessica Koopman | | 714-402-9972 | | | $10,260.00 | $0.00 | | |
| - | | CONSULTANTS | Doug Simons | | | | | Consutant | $46,915.67 | $0.00 | | |
| 1 | | CONSULTANTS | Next! Hospitality Advisors | Doug Zeif | (561) 302-7491 | doug@nexthospitality.com | 6574 N. State Road 7 Box 415 Coconut Creek, FL 33073 | | $7,939.57 | $7,939.57 | | |
| 2 | | CONSULTANTS | IG True Grit Parent Holding Inc (Insight Glob: | - | - | - | 1224 Hammond Drive Suite 1500 Atlanta GA 30 | Consultant | $6,424.00 | $2,336.00 | | Finance consultant |
| | | | | | | | | | $71,539.24 | $22,775.57 | | |
| | | DONATIONS | The Crucible | | | | | | $7,500.00 | $0.00 | | |
| | | | | | | | | | $7,500.00 | $0.00 | | |
| - | | ENGINEERING, DESIGN & SITE SERVICES | Dizon Collective | | | | | | $77,223.60 | $0.00 | | |
| 2 | | ENGINEERING, DESIGN & SITE SERVICES | Studio RRD Inc dba Rob Ross Design | BOB FRANKLIN / ROB ROSS | (401) 787-7102 | bfranklin@studiorrd.com / rob@studiorrd. | 1460 Broadway #6007 New York, NY 10036 | | $92,936.75 | $17,669.61 | | |
| - | | ENGINEERING, DESIGN & SITE SERVICES | Brungardt Enterprises, LLC | | | | | | $1,045.00 | $0.00 | | |
| - | | ENGINEERING, DESIGN & SITE SERVICES | Celtic Engineering, Inc | | | | | | $9,020.00 | $0.00 | | |
| 3 | | ENGINEERING, DESIGN & SITE SERVICES | Clark-Reder Engineering Inc | Jeffrey M. Reder | (513) 419-9909 | jreder@clarkreder.com | 10091 Mosteller Lane West Chester, Ohio 45069-3873 | | $975.00 | $1,535.00 | | |
| - | | ENGINEERING, DESIGN & SITE SERVICES | Jemison Surveying & Services | | | | | | $5,312.00 | $0.00 | | |
| 2 | | ENGINEERING, DESIGN & SITE SERVICES | Mo Mon Tai Inc ( Terp Consulting) | Nancy Cohen | 702-953-9436 | ncohen@terpconsulting.com | 1604 S. Maryland Parkway, Las Vegas, NV 89104 | | $7,500.00 | $3,165.18 | | |
| 2 | | ENGINEERING, DESIGN & SITE SERVICES | Monsen Engineering LLC | | 801-531-6505 | monsen_documents@monsenengineering | 4899 W 2100 South West Valley City, UT 84120 | | $0.00 | $730.00 | | |
| 3 | | ENGINEERING, DESIGN & SITE SERVICES | RBHU | Alireza (Ali) Lahijanian | (415) 547-0226 | ali@rbhu.org | 1329A Hopkins St Berkeley, CA 94702 US | | $30,555.87 | $14,691.62 | | Need Final Invoice |
| 3 | YES | ENGINEERING, DESIGN & SITE SERVICES | Strictly FX | Jeffrey "Chip" Chipman | (629) 702-3634 | Jeff@strictlyfx.com, invoice@strictlyfx.com | 120 Airpark Center Drive East Nashville, TN 372 | Need to negotiate | $0.00 | $193,663.00 | | Needs to be negotiated |
| | | | | | | | | | $224,568.22 | $231,454.41 | | |
| 2 | VERIFY | FABRICATIORS | ARCH Production & Design NYC Inc | Evan Collier | 917-589-3852 | evan@arch-nyc.com | 167 Western Highway West Nyack, NY 10994 | | $598,908.78 | $91,607.07 | | Needs to be negotiated |
| - | | FABRICATIORS | Imaginesign & Design | | | | | Need to negotiate | $12,968.27 | $0.00 | | Did not recieve Sign |
| 1 | | FABRICATIORS | Metaverse Arts LLC (BRACKEN) | Kevin Bracken | (516) 312-0693 | kevin@newmindspace.com | 1016 Bonita Ave Las Vegas NV 89104 | | $257,226.20 | $21,850.00 | | Need Final Invoice |
| 2 | | FABRICATIORS | Unlimited Custom Creations LLC | Jonathan | (702) 460-2638 | jonathan@ucclv.com | 76 Spectrum Blvd Las Vegas, NV 89101 US | Retail build out | $148,097.38 | $6,376.88 | | Need Final Invoice |
| - | | FABRICATIORS | Color Reflections LLC | | | | | | $27,073.73 | | | |
| | | | | | | | | | $1,044,274.36 | $119,833.95 | | |
| - | | FURNITURE & DECOR | Polyloom Corporation of America (Grass) | | | | | Grasss | $3,348.00 | $0.00 | | |
| - | | FURNITURE & DECOR | Farrell - Carpet | | | | | Grasss | $7,000.00 | $0.00 | | |
| - | | FURNITURE & DECOR | HomeThreads (Furniture) | | | | | Tables | $7,798.00 | $0.00 | | |
| - | | FURNITURE & DECOR | AMAZON MARKEPLACE - Benches | BLATTERS AMEX | | | | Benches | $3,197.00 | $0.00 | | |
| - | | FURNITURE & DECOR | CORNERSTONE FURNITURLAS VEGAS NV | BLATTERS AMEX | | | | VIP Shelves | $19,115.62 | $0.00 | | |
| - | | FURNITURE & DECOR | FURNITURE WORLD LAS VEGAS NV | BLATTERS AMEX | 702-382-0023 | claudia@furnitureworld1.com | | Patio Furn | $34,335.17 | $0.00 | | |
| - | | FURNITURE & DECOR | FURNITURE WORLD LAS VEGAS NV | BLATTERS AMEX | | | | Patio Furn | $40,000.00 | $0.00 | | |
| - | | FURNITURE & DECOR | IN *FATBOY USA, LLC COPPELL TX | BLATTERS AMEX | | | | Bean bags | $10,963.99 | $0.00 | | |
| - | | FURNITURE & DECOR | BLUEPRINT STUDIOS | Blatters Visa | | | | White Furniture | $9,577.46 | $0.00 | | |
| - | | FURNITURE & DECOR | Amazon other furniture | | | | | | | | | |
| | | | | | | | | | $135,335.24 | $0.00 | | |
| 1 | | FUEL | Diesel Direct West | Ryan Adair | 303-598-0887 | ryan.adair@westdirectoil.com | | | $6,781.77 | $5,199.27 | | |
| 1 | VERIFY | FUEL | Vegas Propane Inc | | 702.633.6363 | contact@vegaspropaneinc.com | 4610 Eaker St. North Las Vegas, NV 89081 | | $0.00 | $36,916.00 | | |
| | | | | | | | | | $6,781.77 | $42,115.27 | | |
| 3 | | SITE CONTRACTORS | TAB Contractors Inc | Tory Rambur | 702.274.5073 | trambur@nclasvegas.com | 6600 Amelia Earhart Ct. #B Las Vegas, NV 8911§ | container grading | $0.00 | $147,881.00 | | |
| 3 | | SITE CONTRACTORS | Tom Malloy Corp. TRENCH SHORING | Need Final Invoice / Tina Marquez | 951-734-4290 | tinam@trenchshoring.com | 325 N. Cota St., Corona, CA 92880 | | $31,778.56 | $46,884.00 | | |
| 2 | | SITE CONTRACTORS | TOURtech Support Inc. (Round Rock Technol | Need Final Invoice / Jasmine Walker | 919-261-6432 | Jasmine.Walker@roundrock.tech | 1723 Roundrock Drive Raleigh, NC 27615 | IT design | $18,889.73 | $11,550.00 | | |
| | | | | | | | | | $50,668.29 | $206,315.00 | | |
| 2 | | HEAVY EQUIPMENT & VEHICLE RENTALS | Atlas Crane Inc | Need to settle / Eric Lariviere | 702-810-4848 | eric@atlascraneinc.com / admin@atlascra | 3120 N. Nellis blvd Las Vegas, NV 89115 | | $29,704.65 | $68,464.70 | | |
| - | | HEAVY EQUIPMENT & VEHICLE RENTALS | Budget | | | | | | $1,118.61 | | | |
| - | | HEAVY EQUIPMENT & VEHICLE RENTALS | Enterprise | | | | | | $4,934.84 | | | |
| 3 | | HEAVY EQUIPMENT & VEHICLE RENTALS | Sunbelt Rentals Inc | Casey Wheeler | 909-297-5714 | Casey.Wheeler@sunbeltrentals.com | PO Box 409211 Atlanta, GA 30384 | Sunbelt shows only 99K paid to date | $99,224.66 | $411,851.56 | | |
| | | | | | | | | | $134,982.76 | $480,316.26 | | 462,263 |
| - | | INDEPENDENT CONTRACTOR | Alexis Ignatovich | | | | | Finance | $33,005.59 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Amber Nicolai | Amber Nicolai | 520-229-7628 | amber.nicolai@gmail.com | 6857 Franklin Ave, Apt 28 LA, CA 90028 | ADMIN | $9,678.89 | $254.80 | | |
| 1 | | INDEPENDENT CONTRACTOR | Anthony Rodriguez | Anthony Rodriguez | 702-373-7337 | rodriguezanth@gmail.com | | Managger | $0.00 | $800.00 | | |
| - | | INDEPENDENT CONTRACTOR | Antonino Buzzone | | | | | | $2,000.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Arto, Inc | | | | | GRAPHIC DESIGN | $425.00 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Asia Lynn Milburn | | | | | | $2,250.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Blatter, Michael | | 9178809550 | michael@transfixart.com | 12 Parkway Drive Dobbs Ferry NY 10522 | CEO | $114,470.98 | $125,686.50 | | |
| - | | INDEPENDENT CONTRACTOR | Brandy Jawad | | | | | Bottle Service - AWM | $2,500.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Brittney Wojtaszek | | | | | | $1,702.82 | | | |
| 1 | YES | INDEPENDENT CONTRACTOR | Chad Yunker | NEED Final Invoices / Chad Yunker | 702.374.3203 | yunkfunkcreative@gmail.com | 8949 Red Tapestry ct Las Vegas Nevada 89149 | GRAPHIC DESIGN | $0.00 | $6,000.00 | | |
| 1 | YES | INDEPENDENT CONTRACTOR | Chelsea Christensen Photography | NEED Final Invoices / Chelsea Christensen | 801-706-3032 | chelsalynnphotography@gmail.com | 3663 W Cactus Ave #2023, Las Vegas, NV 89141 | Photographer | $0.00 | $1,775.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Christopher Bowman | Christopher Bowman | 702-373-7337 | chrisalexbowman2019@gmail.com | 5044 Mount Ashmun Dr San Diego, CA 92111 | | $19,347.11 | $1,494.50 | | |

| Tier | VERIFIED | CATEGORY | Vendor Name | CONTACT NAME | CONTACT PHONE | EMAIL | ADDRESS | DESCRIPTION | Paid To Date | Open Balance | RENTAL DUE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | TOTAL DUE |
| - | | INDEPENDENT CONTRACTOR | Cynthia Nicholson | | | | | Reimbursment | $2,501.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | Dallas Swindle | Dallas Swindle | | dallas@justemail.net | 1848 NE 141st Ave. Portland, OR 97230 | | | $1,800.00 | | |
| - | | INDEPENDENT CONTRACTOR | Damien Bartlett | | | | | | $1,100.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Daniel Iregui | | | | | | $21,854.27 | | | |
| - | | INDEPENDENT CONTRACTOR | Darian Brenner | | | | | Social Media Manager | $9,525.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Darren Craig | | | | | GRAPHIC DESIGN | $58,000.00 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | David Oliver | | | | | | $8,275.09 | | | |
| - | | INDEPENDENT CONTRACTOR | David Small | | | | | | $954.05 | | | |
| - | | INDEPENDENT CONTRACTOR | Dawn Smoot | | | | | | $487.50 | | | |
| - | | INDEPENDENT CONTRACTOR | Denis Bosnjakovic | | | | | | $2,000.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Derek Mitchell | | | | | | $5,900.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Divina Vieni | | | | | Bookeeper | $2,870.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Earl Stirling | | | | | | $900.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | EC Productions LLC (Ernesto) | Ernesto Corti | 818-749-4851 | ecorti@mac.com | 7982 Constantinople Ave Las Vegas NV 89129 | TECH TEAM | $13,000.00 | $5,245.83 | | |
| - | | INDEPENDENT CONTRACTOR | Edward Cruz | | | | | | $300.00 | | | |
| | | INDEPENDENT CONTRACTOR | Eight Eleven Media | Michael Kirschbaum | 702-539-2132 | mike@eightelevenmedia.com | 8144 Dracopus Ave Las Vegas, NV 89113 | | | $400.00 | | |
| - | | INDEPENDENT CONTRACTOR | Elizabeth Dolan | | | | | PR | $29,664.20 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Elizabeth Dolan | Elizabeth "Libby" Dolan | 515-490-8038 | dolan.libby@gmail.com | 80 Freeman St 3F Brooklyn NY 11222 | PR Manager | $29,664.20 | $10,000.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Emily Paulsen | Emily Paulsen | 419-265-1911 | emilycpaulsen@gmail.com | 1709 Penmar Ave APT 3 Venice, CA 90291 | Traffic Manager | $18,331.49 | $4,612.90 | | |
| - | | INDEPENDENT CONTRACTOR | Fiverr | | | | | GRAPHIC DESIGN | $55.49 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Forging Impact - Thor Young | Thor Young | 415-640-3000 | thor@forgingimpact.com | 174 Ripley Street San Francisco CA 94110 | ART | $124,030.00 | $2,500.00 | | |
| - | | INDEPENDENT CONTRACTOR | Hadiru-Din Kamara | | | | | | $500.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Heather Gallagher | | | | | COO | $108,813.43 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Jada Billups-Jackson | | | | | | $5,096.68 | | | |
| - | | INDEPENDENT CONTRACTOR | Jeffrey Scott Kicklighter | | | | | Exec Producer | $16,286.79 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Jerry Dee Gilleland | Jerry Dee Gilleland | 404-316-4236 | jdg247@aol.com | 114 Carolwood Drive, Fayetteville Georgia 3021 | SITE | $224,324.86 | $2,080.00 | | |
| - | | INDEPENDENT CONTRACTOR | Jess Loyal Paul | | | | | | $500.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Jet Olivia | | | | | Retail | $10,281.54 | | | |
| - | | INDEPENDENT CONTRACTOR | Jhennah Sinclaire | | | | | Admin | $3,000.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | Joe Spitzley | Joe Spitzley | 201-315-7162 | | | Ticketing Specialist | $11,504.27 | $1,300.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | John Trepp Project Development | John Trepp | 917-544-1323 | john@johntrepp.com | 1829A Hayes Street, San Francisco, CA 94117 | Producer | $2,731.00 | $8,443.91 | | |
| 1 | | INDEPENDENT CONTRACTOR | Juanna Anite Blackwell | Juanna Anite Blackwell | 773-230-2547 | juannablackwell@gmail.com | 1901 S. Calumet Ave. Unit 1408 Chicago, IL 606 | FINANCE | $17,400.00 | $18,638.22 | | |
| - | | INDEPENDENT CONTRACTOR | Julia Arian (Retail Producer) | | | | | | $12,566.31 | | | |
| - | | INDEPENDENT CONTRACTOR | Kelsey June Horton | | | | | | $21,000.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Kindra Meyer | | | | | Creative | $10,000.00 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Lauder Corea | | | | | GRAPHIC DESIGN | $6,781.25 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Laura Weyl | | | | | GRAPHIC DESIGN | $500.00 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Letitia L Hendershot | Letitia L Hendershot | 415-748-0314 | tish.hendershot@gmail.com | 208 Morning Sun Ave Mill Valley CA 94941 | | $0.00 | $3,991.20 | | |
| - | | INDEPENDENT CONTRACTOR | Levi Bedall | | | | | | $1,080.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | Lisa Wasiak | Lisa Wasiak | (310) 874-8040 | lisa@musicwrangler.com | 130 County Road 151 Riesel, TX 76682 | | $1,000.00 | $3,000.00 | | |
| - | | INDEPENDENT CONTRACTOR | Makinda, INC. | | | | | GRAPHIC DESIGN | $21,000.00 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Matt McConnell | | | | | | $5,300.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Matthew Krueger | | | | | | $700.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Matthew Moss | Paid by Blatter | | | | | $800.00 | $0.00 | | |
| 1 | YES | INDEPENDENT CONTRACTOR | Meg Blair | NEED Final Invoices / Meg Blair | 816-885-5416 | meganblair4@gmail.com | 11908 Tolay Creek Ct. Las Vegas, NV 89138 | Photographer | $0.00 | $1,500.00 | | |
| - | | INDEPENDENT CONTRACTOR | Meranda Carter | | | | | ART TEAM | $21,579.27 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Micah Gabriel | | | | | | $300.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | Michelle Lee | Michelle Lee | 626.756.1066 | bookmichellelee@gmail.com | | Bottle Service - AWM | | $2,275.75 | | MOST RECENT INVOICE IN EMAIL |
| - | | INDEPENDENT CONTRACTOR | Natalie Holbert | | | | | | $400.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Nathan Edward Torney | | | | | | $400.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | Nichole Wormell | Nichole Wormell | 3109241405 | wormellnichole@gmail.com | 209 N. Venice Blvd., Apt. 10 Venice, CA 90291 | | $21,965.08 | $7,500.00 | | |
| 1 | YES | INDEPENDENT CONTRACTOR | Nicolas Yoon | Nicolas Yoon | (562) 505-0214 | therealnicoyoon@gmail.com | | GRAPHIC DESIGN | $20,419.13 | $12,500.00 | | |
| - | | INDEPENDENT CONTRACTOR | Nicole Dejanovich | | | | | ADMIN | $44,543.58 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Noble House Trading Company LLC (ALEX MacLeod) | | | | | | $89,347.91 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Paul Coffey | | | | | Door Guy - AWM | | $1,200.00 | | |
| - | | INDEPENDENT CONTRACTOR | Rochelle Fabb | | | | | ART TEAM | $19,273.15 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Romina Kunstadter | Romina Kunstadter | 714-299-7088 | romina@bytheprism.com | 445 North 10th St. Fairview, NJ 07022 | OOP | $28,356.59 | $15,847.46 | | |
| - | | INDEPENDENT CONTRACTOR | Royal Ranciana Lyles Carter | | | | | | $400.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Sage Leopold | | | | | | $20,113.06 | | | |
| 1 | YES | INDEPENDENT CONTRACTOR | Sammydean Hamoui | Sammydean Hamoui | 310-463-4421 | sammydeanphoto@gmail.com | | Photographer | | $410.00 | | |
| 1 | YES | INDEPENDENT CONTRACTOR | Sepe Productions | Tom Sepe | 503-333-8699 | tomsepe@gmail.com | 1848 NE 141st Ave Portland, Or 97230 | | $9,450.00 | $1,420.53 | | RECENT INVOICE IN EMAIL |
| - | | INDEPENDENT CONTRACTOR | Slang AOS LLC | | | | | GRAPHIC DESIGN | $43,300.00 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Sofia Martin | | | | | | $1,150.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Sonya Cunningham | | | | | | $4,550.00 | | | |
| - | | INDEPENDENT CONTRACTOR | Stephanie Smith | | | | | | $500.00 | | | |
| 1 | | INDEPENDENT CONTRACTOR | Stephanie Zellhoffer | Stephanie Zellhoffer | 714-299-7088 | szellhoefer@gmail.com | 2526 Earl Ave Long Beach CA 90806 | OOP | | $7,954.51 | | |
| 1 | | INDEPENDENT CONTRACTOR | Steve Weber | Steve Weber | 786.492.0792 | Sweber@sheffieldandwindsor.Com | 6700 Southwest 102nd Terrace Pinecrest Florid | OOP | $0.00 | $5,036.58 | | |
| - | | INDEPENDENT CONTRACTOR | Thea Ulrich | | | | | ART TEAM | $106,884.44 | $0.00 | | |
| - | | INDEPENDENT CONTRACTOR | Tom Stinchfield | | | | | CRO | $55,220.26 | $0.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Tony Galuppi L.L.C. | Anthony Galuppi | 310-256-9038 | tony.galuppi@me.com | 620 Beryl St. Unit 09 Redondo Beach, Ca. 90277 | Rigger/Consultant | $0.00 | $3,300.00 | | |
| - | | INDEPENDENT CONTRACTOR | Tweeqim LLC | | | | | GRAPHIC DESIGN | $10,500.00 | $0.00 | | |
| | | INDEPENDENT CONTRACTOR | VJ Talbot | | | tbot@evrworldwide.com | | VJ Art With Me | | $1,750.00 | | |
| 1 | | INDEPENDENT CONTRACTOR | Wyatt Creative Holdings LLC | Freddie Wyatt | | freddie@wyattcreativehospitality.com | 405 Millinocket Ct Henderson, NV 89074 US | | $5,000.00 | $4,250.00 | | |
| | | | | | | | | | $624,296.84 | $115,661.06 | | |
| 1 | NO | INSURANCE & FEES | First Insurance | Jacob Day | 847-236-4350 | jacob.day@firstinsurancefunding.com | PO Box 7000 Carol Stream, IL 60197-7000 | Estimated | $87,494.86 | $19,287.58 | | |
| - | | INSURANCE | Travelers | | | | | Closed Account | $7,528.26 | $0.00 | | |
| - | | INSURANCE | Progressive | | | | | Simon?? | $0.00 | $0.00 | | |
| 1 | NO | INSURANCE | Allianz | N/A | 1-800-882-691 | billing@agcs.allianz.com | 44 Montgomery Street, Ste 1950 San Francisco, | x10 payments | $3,750.00 | $1,250.00 | | |
| 1 | YES | INSURANCE | AmTrust (Insurance - Workers Comp) | Felicia Willingham | 702-207-4311 | Felicia.Willingham@amtrustgroup.com> | | Good fthru feb 29 2024 | $7,191.00 | $3,608.00 | | |
| 1 | NO | MUNICIPAL | Clark County Nevada | | | | | | | $3,127.00 | | |
| | | | | | | | | | $105,964.12 | $27,272.58 | | |
| 1 | VERIFY | MAINTENANCE | Discounts Dumpsters LLC (Western Elite) | Michael Benavidez | 702-440-4242 | michaelb@westernelite.com | 2745 North Nellis Boulevard Las Vegas, NV 89115 | | $4,847.50 | $13,743.00 | | |
| 1 | VERIFY | MAINTENANCE | Prime Cleaning Systems | Needs to be negotiated / Fabian Parra | 702-409-4987 | accounting@teamprimelv.com | 7001 W Arby Ave #120 Las Vegas, NV 89113 | | $0.00 | $66,420.00 | | |
| | | | | | | | | | $4,847.50 | $80,163.00 | | |
| 3 | | MARKETING AGENCIES | Cultural Counsel | Ali Rigo | 203-554-1908 | ali@culturalcounsel.com | 128 E Broadway, #424, New York City, New York 10002, US | | $45,000.00 | $15,000.00 | | |
| 2 | | MARKETING AGENCIES | Allied Global Marketing | Alyssa Correa | 404-239-5452 | acorrea@alliedglobalmarketing.com | 55 Cambridge Parkway Suite 200 Cambridge, MA 02142 | | $45,500.00 | $76,777.10 | | |
| 2 | | MARKETING AGENCIES | Versus Productions LLC | Samantha Louise / Kathryn Henderson | 718.704.8639 | samantha@vsnyc.tv / kathryn@vsnyc.tv | 10 East 33rd Street, 5th Floor New York, NY 10016 | | $37,500.00 | $64,730.00 | | |
| 1 | | MARKETING AGENCIES | Footfall LLC | Kenny Tur | 702 528 3309 | gaz@footfallusa.com | 7265 Dean Martin Drive Suite 170 Las Vegas NV 89119 | | $0.00 | $5,860.00 | | |
| 2 | | MARKETING AGENCIES | New Epoch Software LLC | MICHAEL STEVENSON | 520.241.4945 | michael@newepochsoftware.com | 3470 East Russell Road #270, Las Vegas, NV, 89120 USA | | $72,000.00 | $24,000.00 | | |
| - | | MARKETING AGENCIES | JMPforce, LLC (Influencer Marketing) | Need final Invoice | 702-703-6637 | | | | $7,500.02 | $0.00 | | |
| | | | | | | | | | $207,500.02 | $186,367.10 | | |
| 3 | | MARKETING MEDIA | Clear Channel Outdoor | Corina Wetzel | 877-676-7565 | corinawetzel@clearchannel.com | 6355 S Cimarron Rd., Ste. 170 \| Las Vegas, NV 89113 | | $0.00 | $43,100.00 | | |
| 3 | | MARKETING MEDIA | Firefly Systems Inc | NEED Final Invoices / Trisha Feliciano | (702) 824-5660 | ar@fireflyon.com / Trisha.Feliciano@Firefl | 1612 Remuda Lane San Jose, CA 95112 | | $0.00 | $13,600.00 | | |
| | | MARKETING MEDIA | Tetraction LLC | | | | | | | | | |
| 1 | YES | MARKETING MEDIA | Tetraction LLC | Chad | 7028065916 | finance@tetraction.com | 9514 Wild Valley Ave Las Vegas, NV 89148 US | Expense Reimbursement | | $14,092.83 | | |
| 1 | YES | MARKETING MEDIA | Tetraction LLC | Chad | 7028065916 | finance@tetraction.com | 9514 Wild Valley Ave Las Vegas, NV 89148 US | Media Fees for April 2023, Discounted | $0.00 | $14,047.20 | | |
| 1 | YES | MARKETING MEDIA | Tetraction LLC | Chad | 7028065916 | finance@tetraction.com | 9514 Wild Valley Ave Las Vegas, NV 89148 US | Media Fees for March 2023, Discounte | $0.00 | $13,211.65 | | |
| 1 | VERIFY | | Tetraction | | | | | MAY INVOICE? | | | | |
| - | | MARKETING MEDIA | META | Paid TFX Visa | | | | Paid Visa | $35,743 | $0.00 | | |
| - | | MARKETING MEDIA | GOOGLE | Paid TFX Visa | | | | Paid Visa | $500.00 | $0.00 | | |
| - | | MARKETING MEDIA | SNAP | Paid TFX Visa | | | | Paid Visa | $8,641.64 | $0.00 | | |
| - | | MARKETING MEDIA | Twitter | Paid TFX Visa | | | | Paid Visa | $1,000.00 | $0.00 | | |
| - | | MARKETING MEDIA | TikTok | | | | | | $19,480.00 | $0.00 | | |
| - | | MARKETING MEDIA | Facebook | | | | | | $77,551.16 | $0.00 | | |
| - | | MARKETING MEDIA | Cision US Inc. | | | | | | $2,810.00 | $0.00 | | |
| | | MARKETING MEDIA | Sprout Social Inc | Need to find when next bills are due | | | | | $3,901.50 | $0.00 | | |
| | | MARKETING MEDIA | Snap Inc | Need to find when next bills are due | | | | | $2,545.52 | $0.00 | | |
| 3 | | MARKETING MEDIA | Fun City Distribution | | N/A | funcity@cox.net | PO BOX 335202 North Las Vegas, NV 89033 | | | $500.00 | | |
| - | | MARKETING MEDIA | International Sculpture Center | | | | | | $2,000.00 | $0.00 | | |
| | | MARKETING MEDIA | Greenspun Media | | 702-990-2550 | | 2275 Corporate Circle Suite 300 Henderson, Nevada 89074 | | | $3,680.00 | | |
| | | | | | | | | | $154,172.82 | $102,231.68 | | |
| - | | MARKETING PRINTING | SQ *ARNETT DESIGNS, INC. | Paid By Blatter | | | | Printing | $2,670.40 | $0.00 | | |
| | | MARKETING PRINTING | Arnett Design | NEED Final Invoices / Daiana Ledesma | 949.716.5852 | daiana@arnettdesigns.com | 23241 Arroyo Vista Rancho Santa Margarita, CA | Printing | $791.65 | $3,434.34 | | |
| 2 | | MARKETING PRINTING | Grafico inc. | NEED Final Invoices / Spencer | (562) 921-6731 | spencer@grafico.com | 76 SPECTRUM BLVD., LAS VEGAS, NV | Printing | $7,373.76 | $30,158.49 | | |
| - | | MARKETING PRINTING | Printefex Inc | | | | | Printing | $10,511.11 | $0.00 | | |
| 2 | | MARKETING PRINTING | Print LV | NEED Final Invoices / Michael Eberson | 516.721.5649 | mike@printlasvegas.com | 5130 S. Valley View #102 Las Vegas NV 89118 | Printing | $0.00 | $1,000.00 | | |
| - | | MARKETING PRINTING | Aquprint | Paid By Blatter | | | | Printing | $325.00 | $0.00 | | |
| | | | | | | | | | $21,671.92 | $34,592.83 | | |
| - | | MARKETING CONTENT DEV | LADBX Inc | | | | | | $800.00 | | | |
| 1 | | MARKETING CONTENT DEV | Gloomy SAS | VERONICA MANFREDI | 598-2709 6564 | veronica@3dar.com | Avda.Ing.Luis Ponce 1 302 Esc.1'1 01<br>Tel :(598) 2709 6564.<br>Montevideo - Uruguay | Video | $10,000.00 | $10,000.00 | | |
| - | | MARKETING CONTENT DEV | George Anthony Krieger | | *831-717-7214* | george@xarray.com | *1905 Mariposa Street Seaside, California 93955* | Photog | $2,500.00 | $1,250.00 | | |
| 2 | | MARKETING CONTENT DEV | Luna Lyte | Brendan Amoruso | 631.974.5310 | baamoruso@gmail.com | 1 SHORT STREET APT 2 KEYPORT NJ 07735 | Video | $11,330.00 | $1,260.00 | | |
| 1 | | MARKETING CONTENT DEV | Soda Lime | Pay Something / Tomas Pettersson | 46 76 648 85 86 | tomas@sodalime.se | Tomas Pettersson, Essingetorget 39, 112 66 Sto | Video | $28,642.00 | $75,456.00 | | |
| - | | MARKETING CONTENT DEV | Wolf Productions, LLC (Video Editing) | | (310)896-1696 | droz@wolfvp.com | 9873 Mount Oroville Ct Las Vegas, NV 89178 | Video | $3,100.00 | $4,900.00 | | |
| | | | | | | | | | $56,372.00 | $92,866.00 | $149,238.00 | |
| - | | OFFICE RENT | Soho House | Not Aquuate (in mirrorball ) | | | | | $685.81 | $0.00 | | |
| - | | OFFICE SUPPLIES | Employment Development Department | | | | | | $301.42 | $0.00 | | |
| - | | OFFICE SUPPLIES | Online Labels | | | | | | $326.58 | $0.00 | | |
| - | | OFFICE SUPPLIES | In *Print as Vegas Inc. | | | | | | $330.54 | $0.00 | | |
| - | | OFFICE SUPPLIES | Office Depot | | | | | | $315.54 | $0.00 | | |
| | | | | | | | | | $1,959.89 | $0.00 | | |

| Tier | VERIFIED | CATEGORY | Vendor Name | CONTACT NAME | CONTACT PHONE | EMAIL | ADDRESS | DESCRIPTION | Paid To Date | Open Balance | RENTAL DUE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | TOTAL DUE |
| - | | TECHNICAL PRODUCTION RENTALS | Solotech U.S. Corporation | Makayla Gentry , Lee Moro | 615-973-1979 | Makayla.Gentry@solotech.com / Lee.Moro | 3870 Logistics Way, Suite 402-403 Antioch, TN 37013 USA | | $226,662.53 | ? | | |
| 3 | | TECHNICAL PRODUCTION RENTALS | AG Production Services | Andrew Gumper | 702-988-1868 | Andrew@ag.com | 4660 Berg Street Suite 103 North Las Vegas, NV | Need to confirm amt, and if removed | $1,133,731.91 | ? | | |
| - | | TECHNICAL PRODUCTION RENTALS | Felix Las Vegas | Alecia Bernal | (562)320-2809 | alecia@felixlighting.com | 17116 Valley View Ave. La Mirada, CA 90638 | Double check if open balance | $131,761.55 | ? | | |
| 2 | | TECHNICAL PRODUCTION RENTALS | Filmwerks LLC | Laurence Anderson | 904-237-4466 | Laurencea@filmwerks.com | 1830 Carver Drive Suite D Rockypoint, NC 28457 | | $300,205.08 | ? | | |
| | | TECHNICAL PRODUCTION RENTALS | Gallagher Rental Inc | Megan Gallagher | 562-572-5250 | megan@gallagherstaging.com | 15701 Heron Ave La Mirada, CA 90638 | | $656,194.42 | $368,330.00 | | |
| | | TECHNICAL PRODUCTION RENTALS | Matrix Visual | Andi Perez | 714.363.9473 | andi@matrixvisual.com | 1050 E Valencia Dr. Fullerton, CA 92831 | | $80,924.00 | ? | | |
| | | | | | | | | | **$2,529,479.49** | **$368,330.00** | | |
| 1 | VERIFY | SITE PRODUCTION RENTALS | A Storage on Wheels Inc | Greg Holland | 702-382-1300 | greg@sowlv.com | 5085 Cecile Avenue, Las Vegas, NV 89115 | Fabrication, Containers | $70,496.15 | $57,038.49 | | |
| - | | TECHNICAL PRODUCTION RENTALS | Container Alliance Co. | Need invoice / Ruston Calmes | (805) 456-3779 | rcalmes@containeralliance.com | | | $170,910.00 | $0.00 | | |
| 2 | VERIFY | PRODUCTION RENTALS | United Site Services | Need invoice / Kristina Retzloff | 702-250-7634 | BillPay@unitedsiteservices.com | 118 Flanders Rd – Westborough, MA 01851 | Bathroom, Bike Rike | $118,342.19 | $101,880.72 | | |
| 2 | VERIFY | PRODUCTION RENTALS | Willscot Mobile Mini | Need invoice / Stephen Milo | 877-209-3055 | smilo@globalmini.com | 4646 E VAN BUREN ST PHOENIX, AZ 85008-6927 | | $37,815.61 | $90,293.42 | | |
| | | | | | | | | | **$397,563.95** | **$249,212.63** | | |
| 1 | VERIFY | PROMOTERS | With Me Events LLC | Matt Caines | 516.805.1192 | matt@artwithme.org | 3635 NE 1st Ave Apt 903 Miami FL 33137 | Double check number | $0.00 | $155,000.00 | | |
| | | | | | | | | | $0.00 | $155,000.00 | | |
| 1 | | PROFESSIONAL SERVICES | Brown, Brown & Premsrirut | Kim Cook | 702.384.5563 | kcook@brownlawlv.com | 520 South Fourth Street Las Vegas, NV 89101 | | $790.00 | $295.00 | | |
| - | | PROFESSIONAL SERVICES | Chico & Nunes, P.C. | | | | | | $5,593.75 | $0.00 | | |
| 1 | | PROFESSIONAL SERVICES | Davis + Gilbert | Gregg L Brochin | 646 498 5297 | gbrochin@dglaw.com | 1675 Broadway, New York, NY 10019 | | $11,063.50 | $78.50 | | |
| 2 | | PROFESSIONAL SERVICES | Duggan Bertsch LLC | Emily Lindberg | 312-422-4030 | billingdept@dugganbertsch.com / tepstein | 303 West Madison, Suite 1000 Chicago, Illinois 60606-3321 | | $31,058.00 | $24,663.00 | | |
| - | | PROFESSIONAL SERVICES | EKA | | | | | | $10,000.00 | $0.00 | | |
| - | | PROFESSIONAL SERVICES | Fried & Company LLC | | | | | | $6,000.00 | $0.00 | | |
| 1 | | PROFESSIONAL SERVICES | GrowthLab | Steven Byler | 978-509-6823 | steven@growthlabfinancial.com | 146 Clifford St Providence, RI 02903 | | $27,000.00 | $3,250.00 | | |
| - | | PROFESSIONAL SERVICES | Law Office of Lara Pearson Ltd, PBC | | | | | | $8,350.00 | $0.00 | | |
| - | | PROFESSIONAL SERVICES | People and Places LLC (HR CONSULTING) | | 312-702-0021 | ms.vward@gmail.com | 1449 South Michigan Suite 324 Chicago, IL 60605 | | $10,000.00 | $5,250.00 | | |
| 1 | VERIFY | PROFESSIONAL SERVICES | R&E Management, Inc. | Ed Fritz | (201) 841-2665 | efritz@remanagementinc.com | 103 Williams Street Unit 414 Crisfield, MD 21817 | | $21,782.50 | $2,295.00 | | |
| 2 | | PROFESSIONAL SERVICES | Reitler Kailas & Rosenblatt LLP | Lauren Friend McKelvey | 212-209-3037 | lmckelvey@reitlerlaw.com | | | $162,073.12 | $17,164.50 | | |
| 1 | | PROFESSIONAL SERVICES | Skrzyniarz & Mallean | Kelly Moore | (310) 786-8876 | billing@skylaw.net | 10880 Wilshire Boulevar dSuite 1290 Los Angeles, CA 90024 | | $129,882.50 | $52,115.00 | | |
| - | | PROFESSIONAL SERVICES | United Corporate Services, Inc. | Alex Sen | (914) 949-9618 | alex.sen@unitedcorporate.com | 10 Bank Street, Suite 560 White Plains New York 10606 | | $1,130.00 | $0.00 | | |
| - | | PROFESSIONAL SERVICES | DTN LLC (Weather Opps) | | | | | | $7,950.00 | $0.00 | | |
| | | | | | | | | | $432,673.37 | $105,111.00 | | |
| - | | RESEARCH | Whitney Museum | | | | | | $50.00 | $0.00 | | |
| - | | RESEARCH | ZenLeads Inc. | | | | | | $50.00 | $0.00 | | |
| - | | RESEARCH | Gustav Klimt Exhibit | | | | | | $71.32 | $0.00 | | |
| - | | RESEARCH | A Forest for the Trees | | | | | | $74.76 | $0.00 | | |
| - | | RESEARCH | Fever Magazine | | | | | | $74.98 | $0.00 | | |
| - | | RESEARCH | Art Miami | | | | | | $76.61 | $0.00 | | |
| - | | RESEARCH | Enchant Christmas | | | | | | $93.90 | $0.00 | | |
| - | | RESEARCH | Fotografiska Museum | | | | | | $94.81 | $0.00 | | |
| - | | RESEARCH | Arcadia Earth | | | | | | $94.86 | $0.00 | | |
| - | | RESEARCH | Fever Up | | | | | | $134.00 | $0.00 | | |
| - | | RESEARCH | Amaze Light Festival | | | | | | $151.02 | $0.00 | | |
| - | | RESEARCH | Flipper's Roller Boogie Palace | | | | | | $173.48 | $0.00 | | |
| - | | RESEARCH | Particle Ink | | | | | | $260.00 | $0.00 | | |
| - | | RESEARCH | Hakkasan | | | | | | $523.26 | $0.00 | | |
| - | | RESEARCH | Dice.FM | | | | | | $534.00 | $0.00 | | |
| - | | RESEARCH | Area 15 | | | | | | $552.71 | $0.00 | | |
| - | | RESEARCH | SCOPE Art Show | | | | | | $514.94 | $0.00 | | |
| - | | RESEARCH | StubHub | | | | | | $747.91 | $0.00 | | |
| - | | RESEARCH | NFT NYC | | | | | | $849.00 | $0.00 | | |
| | | | | | | | | | **$5,121.56** | **$0.00** | | |
| - | | RETAIL - EQUIPMENT | Encore | Ruben Roybal | 847-670-6100 | collections@encoreglobal.com | 5100 North River Road Suite 300 Schiller Park, I | resorts confrences | $0.00 | $1,297.51 | | |
| - | | RETAIL - EQUIPMENT | Displays2GO | | | | | | $2,887.20 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | Cruz Development & Design, Inc | | | | | | $1,125.00 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | Jack Nadel Inc | | | | | | $16,500.00 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | Xulem Design Inc | | | | | | $17,625.21 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | Ralph Jones Display | | | | | | $843.43 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | Zing Display (Retail Equip) | | | | | | $5,695.23 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | Nationwide Payment Systems Inc (Retail POS SYSTEM) | | | | | | $16,292.26 | $0.00 | | |
| - | | RETAIL - EQUIPMENT | OnePOS (Retail) | | | | | | -$6,472.00 | $0.00 | | |
| | | | | | | | | | **$54,496.33** | **$0.00** | | |
| - | | RETAIL - MERCH | IdeaStage.com (Retail Merch) | | | | | Apparel | $3,937.50 | $0.00 | | |
| - | | RETAIL - MERCH | Diphda LLC (Retail) | | | | | Apparel | $3,570.00 | $0.00 | | |
| - | | RETAIL - MERCH | Snackerz Inc (Retail) | | | | | Apparel | $6,585.00 | $0.00 | | |
| - | | RETAIL - MERCH | The Studio Technologies Inc (MERCH) | | | | | Apparel | $4,999.00 | $0.00 | | |
| 2 | | RETAIL - MERCH | Aztlan Trading Company | Reduced by Blatter | | aztlanshahe@gmail.com | | Apparel | $84,387.05 | $7,109.00 | | |
| - | | RETAIL - MERCH | AZTLAN TRADING COMPANY | Paid By Blatter | | | | Apparel | $3,847.00 | $0.00 | | |
| 2 | YES | RETAIL - MERCH | Brand Worx Karen [416-433-8246] | Sandy Mitchell | 647-272-4102 | sandy@mybrandworx.com | 3-1750 The Queensway, Unit 203 Toronto, ON I | Apparel | $40,357.01 | $23,760.99 | | |
| - | | RETAIL - MERCH | Discount Mugs | | | | | Apparel | $2,793.76 | $0.00 | | |
| - | | RETAIL - MERCH | Flashbay Inc Water Bottles | | | | | Apparel | $10,672.17 | $0.00 | | |
| - | | RETAIL - MERCH | Flashing Blinky Lights | | | | | Apparel | $4,759.40 | $0.00 | | |
| 2 | | RETAIL - MERCH | Nadel | Janani Shankar | 310.815.2619 | janani.shankar@nadel.com | | Apparel | $16,500.00 | $15,200.00 | | |
| - | | RETAIL - MERCH | Ninja Stitch - Fanny Packs | | | | | Apparel | $14,178.33 | $0.00 | | |
| - | | RETAIL - MERCH | PrintGlobe LLC | | | | | Apparel | $25,421.68 | $0.00 | | |
| - | | RETAIL - MERCH | StickerApp | | | | | Apparel | $5,056.78 | $0.00 | | |
| 2 | YES | RETAIL - MERCH | Textile-XPress | Ro - Will settle for 7K / Ro Mitchell | 323-581-4500 | accounting@textilexpress.com | 5770 South Anderson Street, Los Angeles, CA 50 | Apparel | $0.00 | $18,632.00 | | |
| - | | RETAIL - MERCH | WizardPins | | | | | Apparel | $20,100.26 | $0.00 | | |
| - | | RETAIL - MERCH | PYN*coorama | Paid By Blatter | | | | Apparel | $170.04 | $0.00 | | |
| | | | | | | | | | **$247,334.98** | **$64,701.99** | $312,036.97 | |
| 1 | VERIFY | SECURITY HEALTH & SAFETY | Community Ambulance | NEED Final Invoices / Glen Simpson | 702-250-5158 | GSimpson@communityambulance.com | 91 Corporate Park Drive Henderson, NV 89074 | | | $24,570.50 | | |
| 2 | VERIFY | SECURITY HEALTH & SAFETY | Contemporary Services Corporation | NEED Final Invoices / Gina Argento | (702) 800-5934 | gargento@csc-usa.com | 17101 Superior St, Northridge, CA 91325 | | $3,768.00 | $413,022.00 | | |
| 1 | | SECURITY HEALTH & SAFETY | CPR Tent & Event | | | | | | $33,072.50 | $7,397.40 | | |
| 1 | VERIFY | SECURITY HEALTH & SAFETY | Garda | Anthony | 702-250-9821 | BESTbilling.ss.us@garda.com / Anthony.Sa | 5054 Bond Street, Las Vegas, NV, 89119, United States | | | $1,810.00 | | |
| 2 | VERIFY | SECURITY HEALTH & SAFETY | Simon Protection | Jonathan Simon | 702-478-8080 | simonprotection@gmail.com | NV PPO #2018, Florida PPO #B3100146, CA PPC | Need to negotiate | $3,600.00 | $33,000.00 | | |
| 2 | | SECURITY HEALTH & SAFETY | The 5280 Protection Group LLC | James Hathaway | 866.578.5280 | jhathaway@5280group.net | | | $12,500.00 | $12,500.00 | | |
| 1 | | | Event Metal Detection | Mike Schwable | 833-736-8624 | eventmetaldetection@gmail.com | N/A | | | $2,170.00 | | |
| | | | | | | | | | **$52,940.50** | **$494,469.90** | | |
| | | SMALL RENTALS | TCI Event Rentals Inc | UNABLE TO FIND CONTACT INFO | UNABLE TO FIND CONTACT INFO | | | | $4,150.00 | $2,150.00 | | |
| 3 | | SMALL RENTALS | AV Vegas (John Hansen & Friends Inc) | Wally Parris | 702-878-5050 | wally@avvegas.com | 4780 Arville St. Las Vegas, NV 89103 | DJ GEAR (Removed) | $0.00 | $9,975.00 | | |
| - | | SMALL RENTALS | Metal Detectors | Paid by Blatter | | | | | $2,000.00 | $0.00 | | |
| | VERIFY | PRODUCTION RENTALS | Road Radios | Need invoice | 888.325.7118 | rebecca@roadradios.com | 111 Lomita St El Segundo, CA 90245 | | $3,677.48 | | | |
| | | | | | | | | | **$9,827.48** | **$12,125.00** | | |
| - | | SOFTWARE | Adobe | Need to find when next bills are due | | | | | $860.60 | $0.00 | | |
| 1 | | SOFTWARE/COMPUTER SERVICE/TECH STACK | Airtable | | | 799 Market St., 8th Floor San Francisco, CA 94103 | | July 21 annual comes around | $9,720.36 | $9,720.36 | | |
| - | | SOFTWARE | Apple Store | | | | | | $18,650.15 | $0.00 | | |
| - | | SOFTWARE | Basecamp | Need to find when next bills are due | | | | | $198.00 | $0.00 | | |
| - | | SOFTWARE | Canvas Studios | Need to find when next bills are due | | | | | $700.00 | $0.00 | | |
| - | | SOFTWARE | Cloudways | Need to find when next bills are due | | | | | $74.48 | $0.00 | | |
| - | | SOFTWARE | COPPER CRM | | | | | double check this is cut off | $12,577.25 | $0.00 | | |
| - | | SOFTWARE | DocSend | | | | | double check this is cut off | $16,920.00 | $0.00 | | |
| - | | SOFTWARE | Doctor Mac | Need to find when next bills are due | | | | | $368.48 | $0.00 | | |
| - | | SOFTWARE | DoctorMac | Need to find when next bills are due | | | | | $262.10 | $0.00 | | |
| - | | SOFTWARE | DocuSign | Need to find when next bills are due | | | | | $2,493.15 | $0.00 | | |
| - | | SOFTWARE | Dropbox | Need to find when next bills are due | | | | | $819.77 | $0.00 | | |
| - | | SOFTWARE | GoDaddy | Need to find when next bills are due | | | | | $252.68 | $0.00 | | |
| - | | SOFTWARE | Google | Need to find when next bills are due | | | | | $16,661.73 | $0.00 | | |
| - | | SOFTWARE | GSuite | Need to find when next bills are due | | | | | $799.99 | $0.00 | | |
| - | | SOFTWARE | Jasper | Need to find when next bills are due | | | | | $490.00 | $0.00 | | |
| - | | SOFTWARE | LastPass | Need to find when next bills are due | | | | | $259.08 | $0.00 | | |
| - | | SOFTWARE | LinkedIn | Need to find when next bills are due | | | | | $802.17 | $0.00 | | |
| - | | SOFTWARE | Microsoft | Need to find when next bills are due | | | | | $99.99 | $0.00 | | |
| - | | SOFTWARE | Midjourney, Inc. | Need to find when next bills are due | | | | | $417.60 | $0.00 | | |
| - | | SOFTWARE | Newegg Inc. | Need to find when next bills are due | | | | | $2,235.58 | $0.00 | | |
| 1 | YES | SOFTWARE | Ntiva | Need to find when next bills are due | 703-891-0131 | accounts.receivable@ntiva.com | 7900 Westpark Drive Suite A100 McLean \| VA \| | cost (6878 = two months), for cyber insurance | | $6,878.84 | | |
| - | | SOFTWARE | QuickBooks | Need to find when next bills are due | | | | | $1,159.62 | $0.00 | | |
| 1 | | SOFTWARE | RKL eSolutions LLC | Lisa deKat | 717.735.9137 | Ldekat@rklesolutions.com | 1800 Fruitville Pike Lancaster, PA 17601 | to finish implementation of sage | $16,250.00 | $8,125.00 | | |
| 1 | | SOFTWARE | Sage Intacct Inc | Need to find when next bills are due | n/a | si.accountsreceivable@sage.com | 300 PARK AVE STE 1400 SAN JOSE, CA 95110 | annual cost, overdue | $0.00 | $30,371.00 | | |
| - | | SOFTWARE | Slack | Need to find when next bills are due | | | | | $1,882.94 | $0.00 | | |
| - | | SOFTWARE | Smartsheet Inc. | Need to find when next bills are due | | | | | $1,235.25 | $0.00 | | |
| - | | SOFTWARE | Spam Guard App | Need to find when next bills are due | | | | | $54.99 | $0.00 | | |
| - | | SOFTWARE | Transcation Pro | Need to find when next bills are due | | | | | $299.00 | $0.00 | | |
| - | | SOFTWARE | Trello | Need to find when next bills are due | | | | | $260.08 | $0.00 | | |
| -- | | SOFTWARE | Zapier | Need to find when next bills are due | | | | | $588.00 | $0.00 | | |
| 1 | | SOFTWARE | Zoom | | | NEED ACCESS / MAYBE 31ST MONTHLY? | | | $4,655.63 | $659.67 | | |
| | | | | | | | | | **$112,048.67** | **$55,754.87** | | |
| 1 | VERIFY | TEMPRORARY HOUSING | Paolo Martinez LLC (Sepe House) | Paolo Martinez | N/A | 1011realtylv@gmail.com | | | $7,937.00 | $3,500.00 | | |
| - | | TEMPRORARY HOUSING | Airbnb | | | | | | $37,089.83 | $0.00 | | |
| | | | | | | | | | **$45,026.83** | **$3,500.00** | | |
| - | - | T&E/MISC | Dollar Tree | | | | | | $1.00 | $0.00 | | |
| - | - | T&E/MISC | Glacier Water | | | | | | $2.10 | $0.00 | | |
| - | - | T&E/MISC | Ameripark LLC | | | | | | $3.00 | $0.00 | | |

| Tier | VERIFIED | CATEGORY | Vendor Name | CONTACT NAME | CONTACT PHONE | EMAIL | ADDRESS | DESCRIPTION | Paid To Date | Open Balance | RENTAL DUE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | TOTAL DUE |
| - | - | T&E/MISC | CVG | | | | | | $3.98 | $0.00 | | |
| - | - | T&E/MISC | Mill's Cargo | | | | | | $4.29 | $0.00 | | |
| - | - | T&E/MISC | Newslink | | | | | | $4.29 | $0.00 | | |
| - | - | T&E/MISC | Prime Video | | | | | | $4.74 | $0.00 | | |
| - | - | T&E/MISC | Gold Star Chili | | | | | | $4.76 | $0.00 | | |
| - | - | T&E/MISC | Skyline News and Gifts | | | | | | $4.99 | $0.00 | | |
| - | - | T&E/MISC | EV Charging Stations | | | | | | $6.00 | $0.00 | | |
| - | - | T&E/MISC | SP Plus | | | | | | $6.00 | $0.00 | | |
| - | - | T&E/MISC | Grab & Go | | | | | | $6.12 | $0.00 | | |
| - | - | T&E/MISC | Tony's Pizza | | | | | | $6.24 | $0.00 | | |
| - | - | T&E/MISC | Smoothie Spot Downtown | | | | | | $6.72 | $0.00 | | |
| - | - | T&E/MISC | Coppin's Restaurant & Bar | | | | | | $6.89 | $0.00 | | |
| - | - | T&E/MISC | City of Santa Monica | | | | | | $8.50 | $0.00 | | |
| - | - | T&E/MISC | Baba ghanoush | | | | | | $8.90 | $0.00 | | |
| - | - | T&E/MISC | Steve's Snappin' Dogs | | | | | | $9.79 | $0.00 | | |
| - | - | T&E/MISC | Proper Food | | | | | | $9.99 | $0.00 | | |
| - | - | T&E/MISC | NYC DOT PARKING | | | | | | $10.75 | $0.00 | | |
| - | - | T&E/MISC | LA City Parking | | | | | | $11.00 | $0.00 | | |
| - | - | T&E/MISC | Sun's Out Buns Out | | | | | | $11.48 | $0.00 | | |
| - | - | T&E/MISC | Quick Wash | | | | | | $12.00 | $0.00 | | |
| - | - | T&E/MISC | Timber Ridge | | | | | | $12.11 | $0.00 | | |
| - | - | T&E/MISC | Philz Coffee | | | | | | $12.29 | $0.00 | | |
| - | - | T&E/MISC | Junior's Restaurant | | | | | | $12.62 | $0.00 | | |
| - | - | T&E/MISC | Business Insider | | | | | | $12.95 | $0.00 | | |
| - | - | T&E/MISC | JFK | | | | | | $13.06 | $0.00 | | |
| - | - | T&E/MISC | Partners Coffee West Village | | | | | | $13.14 | $0.00 | | |
| - | - | T&E/MISC | SLC Airport | | | | | | $13.39 | $0.00 | | |
| - | - | T&E/MISC | Wolfgang Puck | | | | | | $13.97 | $0.00 | | |
| - | - | T&E/MISC | Vans | | | | | | $14.00 | $0.00 | | |
| - | - | T&E/MISC | ERAC Toll | | | | | | $14.35 | $0.00 | | |
| - | - | T&E/MISC | In N Out Burger | | | | | | $14.62 | $0.00 | | |
| - | - | T&E/MISC | Paddle | | | | | | $14.99 | $0.00 | | |
| - | - | T&E/MISC | The Great American Bagel | | | | | | $15.40 | $0.00 | | |
| - | - | T&E/MISC | Shine-N-Seal Car Wash | | | | | | $16.00 | $0.00 | | |
| - | - | T&E/MISC | Sierra Car Wash | | | | | | $16.00 | $0.00 | | |
| - | - | T&E/MISC | Conrad Lobby Bar | | | | | | $16.26 | $0.00 | | |
| - | - | T&E/MISC | Chili's | | | | | | $16.45 | $0.00 | | |
| - | - | T&E/MISC | Freehold | | | | | | $16.57 | $0.00 | | |
| - | - | T&E/MISC | Loteria Grill | | | | | | $17.00 | $0.00 | | |
| - | - | T&E/MISC | 626 Night Market Mini | | | | | | $17.43 | $0.00 | | |
| - | - | T&E/MISC | Fresh Attractions | | | | | | $18.19 | $0.00 | | |
| - | - | T&E/MISC | Cafe | | | | | | $18.68 | $0.00 | | |
| - | - | T&E/MISC | Sprouts Farmers | | | | | | $18.99 | $0.00 | | |
| - | - | T&E/MISC | Lollapalooza | | | | | | $19.41 | $0.00 | | |
| - | - | T&E/MISC | Jose Cuervo Tequileria | | | | | | $19.50 | $0.00 | | |
| - | - | T&E/MISC | Food Court | | | | | | $19.75 | $0.00 | | |
| - | - | T&E/MISC | Newspaper | | | | | | $19.95 | $0.00 | | |
| - | - | T&E/MISC | Storied News | | | | | | $19.95 | $0.00 | | |
| - | - | T&E/MISC | Satellite Art Show | | | | | | $20.00 | $0.00 | | |
| - | - | T&E/MISC | The Plant Café Organic | | | | | | $20.10 | $0.00 | | |
| - | - | T&E/MISC | Cilantro 27 | | | | | | $21.15 | $0.00 | | |
| - | - | T&E/MISC | Chat GPT | | | | | | $21.68 | $0.00 | | |
| - | - | T&E/MISC | REVOLUCION | | | | | | $21.83 | $0.00 | | |
| - | - | T&E/MISC | Icebox Cafe | | | | | | $22.05 | $0.00 | | |
| - | - | T&E/MISC | Impulse | | | | | | $22.79 | $0.00 | | |
| - | - | T&E/MISC | Satellite Art | | | | | | $22.85 | $0.00 | | |
| - | - | T&E/MISC | BestBuy | | | | | | $23.08 | $0.00 | | |
| - | - | T&E/MISC | TCE Present | | | | | | $23.52 | $0.00 | | |
| - | - | T&E/MISC | NYC Taxi | | | | | | $24.71 | $0.00 | | |
| - | - | T&E/MISC | LAX | | | | | | $24.77 | $0.00 | | |
| - | - | T&E/MISC | BURGER JOINT | | | | | | $26.22 | $0.00 | | |
| - | - | T&E/MISC | Frontera Grill | | | | | | $26.82 | $0.00 | | |
| - | - | T&E/MISC | Traveller Gifts | | | | | | $26.95 | $0.00 | | |
| - | - | T&E/MISC | Mezze Cafe | | | | | | $27.02 | $0.00 | | |
| - | - | T&E/MISC | Labor Law Center | | | | | | $27.10 | $0.00 | | |
| - | - | T&E/MISC | Abica Coffee | | | | | | $27.61 | $0.00 | | |
| - | - | T&E/MISC | MP West 58 | | | | | | $27.95 | $0.00 | | |
| - | - | T&E/MISC | Lucy's Vietnamese Kitchen | | | | | | $28.43 | $0.00 | | |
| - | - | T&E/MISC | Allianz | | | | | | $28.86 | $0.00 | | |
| - | - | T&E/MISC | ARTECHOUSE NYC | | | | | | $29.60 | $0.00 | | |
| - | - | T&E/MISC | GoFish Sushi Box | | | | | | $29.74 | $0.00 | | |
| - | - | T&E/MISC | Park Kwik | | | | | | $30.00 | $0.00 | | |
| - | - | T&E/MISC | Randolph Street Market | | | | | | $30.00 | $0.00 | | |
| - | - | T&E/MISC | Datamosh | | | | | | $30.80 | $0.00 | | |
| - | - | T&E/MISC | Ghirardelli Square Chocolate Shop | | | | | | $31.04 | $0.00 | | |
| - | - | T&E/MISC | The Bowery Bay Shops | | | | | | $31.37 | $0.00 | | |
| - | - | T&E/MISC | Portillo's Hot Dogs | | | | | | $31.45 | $0.00 | | |
| - | - | T&E/MISC | NY Deli | | | | | | $31.56 | $0.00 | | |
| - | - | T&E/MISC | Beecher's | | | | | | $31.59 | $0.00 | | |
| - | - | T&E/MISC | Pa'ina Restaurant | | | | | | $32.66 | $0.00 | | |
| - | - | T&E/MISC | The Grey Dog | | | | | | $32.86 | $0.00 | | |
| - | - | T&E/MISC | Alpha Graphics | | | | | | $33.29 | $0.00 | | |
| - | - | T&E/MISC | Chirping Chicken | | | | | | $33.34 | $0.00 | | |
| - | - | T&E/MISC | Taxi LA | | | | | | $33.59 | $0.00 | | |
| - | - | T&E/MISC | Blick Art Mat VY | | | | | | $34.10 | $0.00 | | |
| - | - | T&E/MISC | Antoinette's Patisserie | | | | | | $34.32 | $0.00 | | |
| - | - | T&E/MISC | Ziegler Park | | | | | | $34.50 | $0.00 | | |
| - | - | T&E/MISC | Tower Suite Cafe | | | | | | $35.10 | $0.00 | | |
| - | - | T&E/MISC | Casa Calavera | | | | | | $35.26 | $0.00 | | |
| - | - | T&E/MISC | Autozone | | | | | | $35.74 | $0.00 | | |
| - | - | T&E/MISC | The Broad | | | | | | $36.00 | $0.00 | | |
| - | - | T&E/MISC | Paradise Park Cafe | | | | | | $36.20 | $0.00 | | |
| - | - | T&E/MISC | La Times | | | | | | $37.08 | $0.00 | | |
| - | - | T&E/MISC | SEA Cuisine Foodtruck | | | | | | $37.38 | $0.00 | | |
| - | - | T&E/MISC | Coco Market | | | | | | $37.88 | $0.00 | | |
| - | - | T&E/MISC | Escape Lounges | | | | | | $37.89 | $0.00 | | |
| - | - | T&E/MISC | Bistrot Term 1 | | | | | | $39.57 | $0.00 | | |
| - | - | T&E/MISC | Bar Taco Kop | | | | | | $42.40 | $0.00 | | |
| - | - | T&E/MISC | Makers & Finders | | | | | | $44.25 | $0.00 | | |
| - | - | T&E/MISC | San Francisco Airport (SFO) Departures | | | | | | $44.46 | $0.00 | | |
| - | - | T&E/MISC | BTS NY | | | | | | $45.00 | $0.00 | | |
| - | - | T&E/MISC | Psychedeli | | | | | | $46.65 | $0.00 | | |
| - | - | T&E/MISC | Spring Iconic Sweet Shop | | | | | | $47.04 | $0.00 | | |
| - | - | T&E/MISC | Event Create Pro | | | | | | $48.00 | $0.00 | | |
| - | - | T&E/MISC | Wonder Store | | | | | | $48.00 | $0.00 | | |
| - | - | T&E/MISC | Jamba Juice | | | | | | $51.28 | $0.00 | | |
| - | - | T&E/MISC | San Francisco Taxi | | | | | | $53.55 | $0.00 | | |
| - | - | T&E/MISC | Sound Parking Corp | | | | | | $55.00 | $0.00 | | |
| - | - | T&E/MISC | Chicago Independents | | | | | | $55.49 | $0.00 | | |
| - | - | T&E/MISC | Hilton | | | | | | $55.59 | $0.00 | | |
| - | - | T&E/MISC | CMT | | | | | | $55.80 | $0.00 | | |
| - | - | T&E/MISC | Camacho's Mexican Restaurant | | | | | | $55.84 | $0.00 | | |
| - | - | T&E/MISC | Cafe Nin | | | | | | $57.71 | $0.00 | | |
| - | - | T&E/MISC | Tomatillo | | | | | | $58.55 | $0.00 | | |
| - | - | T&E/MISC | Aramark | | | | | | $58.66 | $0.00 | | |
| - | - | T&E/MISC | Virgin Valley Cab | | | | | | $59.21 | $0.00 | | |
| - | - | T&E/MISC | El Chisme Restaurant | | | | | | $59.52 | $0.00 | | |
| - | - | T&E/MISC | VHLV Juice Bar | | | | | | $60.74 | $0.00 | | |
| - | - | T&E/MISC | The Roaster Cafe | | | | | | $61.86 | $0.00 | | |
| - | - | T&E/MISC | William Wong Taxi | | | | | | $62.00 | $0.00 | | |
| - | - | T&E/MISC | PGA T3 | | | | | | $63.61 | $0.00 | | |
| - | - | T&E/MISC | Comedor | | | | | | $63.64 | $0.00 | | |
| - | - | T&E/MISC | InMotion store | | | | | | $64.51 | $0.00 | | |
| - | - | T&E/MISC | GOGOAIR | | | | | | $64.95 | $0.00 | | |
| - | - | T&E/MISC | Agave & Rye | | | | | | $66.80 | $0.00 | | |
| - | - | T&E/MISC | Comstock Saloon | | | | | | $66.97 | $0.00 | | |
| - | - | T&E/MISC | Willkommen | | | | | | $67.65 | $0.00 | | |
| - | - | T&E/MISC | The Cracked Egg | | | | | | $68.01 | $0.00 | | |
| - | - | T&E/MISC | WNDR Museum | | | | | | $68.99 | $0.00 | | |
| - | - | T&E/MISC | Taxi Miami | | | | | | $69.48 | $0.00 | | |
| - | - | T&E/MISC | Godfrey Hotel | | | | | | $70.44 | $0.00 | | |
| - | - | T&E/MISC | La Fusion | | | | | | $55.00 | $0.00 | | |
| - | - | T&E/MISC | Wonder Aleworks | | | | | | $74.24 | $0.00 | | |
| - | - | T&E/MISC | Edie's All Day Cafe | | | | | | $76.87 | $0.00 | | |
| - | - | T&E/MISC | Viasat | | | | | | $79.00 | $0.00 | | |
| - | - | T&E/MISC | DUMBO House | | | | | | $79.70 | $0.00 | | |
| - | - | T&E/MISC | Big Apple | | | | | | $80.00 | $0.00 | | |
| - | - | T&E/MISC | Mariana's Supermarket | | | | | | $81.52 | $0.00 | | |
| - | - | T&E/MISC | Hertz | | | | | | $83.24 | $0.00 | | |
| - | - | T&E/MISC | Sushi Mike's | | | | | | $83.90 | $0.00 | | |
| - | - | T&E/MISC | Zouk Nightclub | | | | | | $90.00 | $0.00 | | |
| - | - | T&E/MISC | Travel Guard | | | | | | $91.53 | $0.00 | | |

| Tier | VERIFIED | CATEGORY | Vendor Name | CONTACT NAME | CONTACT PHONE | EMAIL | ADDRESS | DESCRIPTION | Paid To Date | Open Balance | RENTAL DUE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | TOTAL DUE |
| - | - | T&E/MISC | State of Nevada | | | | | | $92.30 | $0.00 | | |
| - | - | T&E/MISC | Wish Cafe | | | | | | $92.47 | $0.00 | | |
| - | - | T&E/MISC | 2nd Street Café Express | | | | | | $92.65 | $0.00 | | |
| - | - | T&E/MISC | Gladstone's Long Beach | | | | | | $95.00 | $0.00 | | |
| - | - | T&E/MISC | Nellis Taxi | | | | | | $96.74 | $0.00 | | |
| - | - | T&E/MISC | Flutter | | | | | | $98.13 | $0.00 | | |
| - | - | T&E/MISC | Hirshhorn SI | | | | | | $100.00 | $0.00 | | |
| - | - | T&E/MISC | Jenny Vanderplow | | | | | | $100.00 | $0.00 | | |
| - | - | T&E/MISC | Nite-N-Day | | | | | | $100.00 | $0.00 | | |
| - | - | T&E/MISC | Loews Miami Beach Hotel | | | | | | $102.00 | $0.00 | | |
| - | - | T&E/MISC | Kimpton Angler's Hotel | | | | | | $102.55 | $0.00 | | |
| - | - | T&E/MISC | MoCA Asian Bistro | | | | | | $104.90 | $0.00 | | |
| - | - | T&E/MISC | Etta | | | | | | $105.59 | $0.00 | | |
| - | - | T&E/MISC | Street Art Alive | | | | | | $108.46 | $0.00 | | |
| - | - | T&E/MISC | Nixon Store | | | | | | $109.45 | $0.00 | | |
| - | - | T&E/MISC | Athena Parking | | | | | | $110.00 | $0.00 | | |
| - | - | T&E/MISC | Limo | | | | | | $110.25 | $0.00 | | |
| - | - | T&E/MISC | Buddha Asian Rest | | | | | | $110.37 | $0.00 | | |
| - | - | T&E/MISC | Pastis | | | | | | $110.46 | $0.00 | | |
| - | - | T&E/MISC | Arco | | | | | | $111.54 | $0.00 | | |
| - | - | T&E/MISC | IPark | | | | | | $113.00 | $0.00 | | |
| - | - | T&E/MISC | PEARL iZUMi | | | | | | $115.03 | $0.00 | | |
| - | - | T&E/MISC | Famous Foods | | | | | | $116.58 | $0.00 | | |
| - | - | T&E/MISC | Zinque | | | | | | $117.19 | $0.00 | | |
| - | - | T&E/MISC | La Boulangerie Boul'Mich | | | | | | $118.28 | $0.00 | | |
| - | - | T&E/MISC | The Emily Hotel | | | | | | $119.32 | $0.00 | | |
| - | - | T&E/MISC | Park SFO | | | | | | $120.40 | $0.00 | | |
| - | - | T&E/MISC | New York Inter-Group | | | | | | $120.96 | $0.00 | | |
| - | - | T&E/MISC | Henderson Taxi | | | | | | $121.76 | $0.00 | | |
| - | - | T&E/MISC | La Grande Orange Cafe | | | | | | $122.42 | $0.00 | | |
| - | - | T&E/MISC | Novecento | | | | | | $122.88 | $0.00 | | |
| - | - | T&E/MISC | Exxon | | | | | | $123.86 | $0.00 | | |
| - | - | T&E/MISC | Hudson Social | | | | | | $125.70 | $0.00 | | |
| - | - | T&E/MISC | Edreams US | | | | | | $126.85 | $0.00 | | |
| - | - | T&E/MISC | Dollar Car Rental | | | | | | $127.06 | $0.00 | | |
| - | - | T&E/MISC | Taxi | | | | | | $130.28 | $0.00 | | |
| - | - | T&E/MISC | Whittlesea Blue Cab | | | | | | $130.61 | $0.00 | | |
| - | - | T&E/MISC | Walgreens | | | | | | $131.37 | $0.00 | | |
| - | - | T&E/MISC | Rockmount | | | | | | $133.12 | $0.00 | | |
| - | - | T&E/MISC | The Old Clam House | | | | | | $135.68 | $0.00 | | |
| - | - | T&E/MISC | Best Western | | | | | | $136.88 | $0.00 | | |
| - | - | T&E/MISC | Anassa Taverna Astoria | | | | | | $139.59 | $0.00 | | |
| - | - | T&E/MISC | Dunkin | | | | | | $143.59 | $0.00 | | |
| - | - | T&E/MISC | Winn-Dixie | | | | | | $146.92 | $0.00 | | |
| - | - | T&E/MISC | Uchi | | | | | | $149.66 | $0.00 | | |
| - | - | T&E/MISC | Sol Agave | | | | | | $149.86 | $0.00 | | |
| - | - | T&E/MISC | Grand Cafe | | | | | | $154.03 | $0.00 | | |
| - | - | T&E/MISC | Maverik Country Store | | | | | | $155.04 | $0.00 | | |
| - | - | T&E/MISC | Trivoli Tavern | | | | | | $155.09 | $0.00 | | |
| - | - | T&E/MISC | Ocean's Ten | | | | | | $157.69 | $0.00 | | |
| - | - | T&E/MISC | Agave Bar & Grill | | | | | | $167.60 | $0.00 | | |
| - | - | T&E/MISC | Artlist Dover | | | | | | $199.00 | $0.00 | | |
| - | - | T&E/MISC | Goldbelly | | | | | | $200.00 | $0.00 | | |
| - | - | T&E/MISC | Taxi LV | | | | | | $200.18 | $0.00 | | |
| - | - | T&E/MISC | Casa Tua Cucina | | | | | | $200.20 | $0.00 | | |
| - | - | T&E/MISC | Amigos Mexican Grill | | | | | | $207.30 | $0.00 | | |
| - | - | T&E/MISC | Shell | | | | | | $214.17 | $0.00 | | |
| - | - | T&E/MISC | MOM's Organic Market | | | | | | $219.11 | $0.00 | | |
| - | - | T&E/MISC | Hudson News | | | | | | $219.89 | $0.00 | | |
| - | - | T&E/MISC | Parking | | | | | | $228.10 | $0.00 | | |
| - | - | T&E/MISC | Shabusen Restaurant | | | | | | $231.66 | $0.00 | | |
| - | - | T&E/MISC | DOF Parking | | | | | | $234.60 | $0.00 | | |
| - | - | T&E/MISC | Zabar | | | | | | $237.15 | $0.00 | | |
| - | - | T&E/MISC | Karla Clarissa Menese | | | | | | $250.00 | $0.00 | | |
| - | - | T&E/MISC | Micah Flamm | | | | | | $250.00 | $0.00 | | |
| - | - | T&E/MISC | Desert Cab | | | | | | $172.57 | $0.00 | | |
| - | - | T&E/MISC | Blue Plate Oysterette | | | | | | $189.77 | $0.00 | | |
| - | - | T&E/MISC | Craft By Smoke and Fire | | | | | | $197.00 | $0.00 | | |
| - | - | T&E/MISC | Main St Provisions | | | | | | $258.92 | $0.00 | | |
| - | - | T&E/MISC | Padre Hotel | | | | | | $261.53 | $0.00 | | |
| - | - | T&E/MISC | Frontier AI | | | | | | $282.98 | $0.00 | | |
| - | - | T&E/MISC | Uno Más | | | | | | $292.10 | $0.00 | | |
| - | - | T&E/MISC | Pier 57 | | | | | | $296.40 | $0.00 | | |
| - | - | T&E/MISC | CVS | | | | | | $333.08 | $0.00 | | |
| - | - | T&E/MISC | Williamson-Dickie | | | | | | $335.88 | $0.00 | | |
| - | - | T&E/MISC | Whole Foods | | | | | | $357.77 | $0.00 | | |
| - | - | T&E/MISC | Chouquet's | | | | | | $371.39 | $0.00 | | |
| - | - | T&E/MISC | Gent Guru | | | | | | $374.99 | $0.00 | | |
| - | - | T&E/MISC | 24Hr Mobile Mechanics | | | | | | $388.51 | $0.00 | | |
| - | - | T&E/MISC | Wally's | | | | | | $397.63 | $0.00 | | |
| - | - | T&E/MISC | Uber Eats | | | | | | $418.74 | $0.00 | | |
| - | - | T&E/MISC | Catch NYC | | | | | | $421.07 | $0.00 | | |
| - | - | T&E/MISC | Smiths | | | | | | $422.13 | $0.00 | | |
| - | - | T&E/MISC | Starbucks | | | | | | $422.87 | $0.00 | | |
| - | - | T&E/MISC | Big R Sparks | | | | | | $458.87 | $0.00 | | |
| - | - | T&E/MISC | Trimble | | | | | | $324.04 | $0.00 | | |
| - | - | T&E/MISC | Verizon Wireless | | | | | | $485.14 | $0.00 | | |
| - | - | T&E/MISC | Firefly Tapas Kitchen & Bar | | | | | | $486.56 | $0.00 | | |
| - | - | T&E/MISC | GrubHub | | | | | | $492.28 | $0.00 | | |
| - | - | T&E/MISC | Galanga Thai | | | | | | $521.34 | $0.00 | | |
| - | - | T&E/MISC | Westin Hotel | | | | | | $546.65 | $0.00 | | |
| - | - | T&E/MISC | Lowe's | | | | | | $547.23 | $0.00 | | |
| - | - | T&E/MISC | Apollo | | | | | | $563.32 | $0.00 | | |
| - | - | T&E/MISC | Nobu Restaurant | | | | | | $572.13 | $0.00 | | |
| - | - | T&E/MISC | Jazz HR | | | | | | $578.00 | $0.00 | | |
| - | - | T&E/MISC | DoorDash | | | | | | $588.71 | $0.00 | | |
| - | - | T&E/MISC | Avis | | | | | | $596.83 | $0.00 | | |
| - | - | T&E/MISC | Breeze Airways | | | | | | $598.00 | $0.00 | | |
| - | - | T&E/MISC | Miguel Angel Castillo | | | | | | $600.00 | $0.00 | | |
| - | - | T&E/MISC | Uline | | | | | | $602.15 | $0.00 | | |
| - | - | T&E/MISC | Expedia | | | | | | $602.80 | $0.00 | | |
| - | - | T&E/MISC | Chevron | | | | | | $614.13 | $0.00 | | |
| - | - | T&E/MISC | Ula Restaurant | | | | | | $624.11 | $0.00 | | |
| - | - | T&E/MISC | Sweetwater Sound | | | | | | $633.77 | $0.00 | | |
| - | - | T&E/MISC | Crespo | | | | | | $693.60 | $0.00 | | |
| - | - | T&E/MISC | Southwest Airlines | | | | | | $755.94 | $0.00 | | |
| - | - | T&E/MISC | CAVIAR BAR | | | | | | $769.79 | $0.00 | | |
| - | - | T&E/MISC | Alaska Air | | | | | | $975.50 | $0.00 | | |
| - | - | T&E/MISC | First City Cab | | | | | | $797.42 | $0.00 | | |
| - | - | T&E/MISC | Volaris | | | | | | $1,016.87 | $0.00 | | |
| - | - | T&E/MISC | Lyft | | | | | | $1,190.27 | $0.00 | | |
| - | - | T&E/MISC | Instacart | | | | | | $1,197.37 | $0.00 | | |
| - | - | T&E/MISC | Delta | | | | | | $1,204.73 | $0.00 | | |
| - | - | T&E/MISC | Hotel Figueroa | | | | | | $1,362.43 | $0.00 | | |
| - | - | T&E/MISC | Albertsons | | | | | | $1,622.39 | $0.00 | | |
| - | - | T&E/MISC | Resorts World Las Vegas | | | | | | $1,639.64 | $0.00 | | |
| - | - | T&E/MISC | Orbitz | | | | | | $1,658.31 | $0.00 | | |
| - | - | T&E/MISC | Peppermill Hotel | | | | | | $1,813.31 | $0.00 | | |
| - | - | T&E/MISC | Wine & More | | | | | | $2,312.06 | $0.00 | | |
| - | - | T&E/MISC | rw las vegas | | | | | | $4,171.18 | $0.00 | | |
| - | - | T&E/MISC | VHLV Lodging | | | | | | $4,693.19 | $0.00 | | |
| - | - | T&E/MISC | Hyatt | | | | | | $4,975.01 | $0.00 | | |
| - | - | T&E/MISC | Uber | | | | | | $3,039.89 | $0.00 | | |
| - | - | T&E/MISC | American Airlines | | | | | | $2,618.00 | $0.00 | | |
| - | - | T&E/MISC | United Airlines | | | | | | $8,724.62 | $0.00 | | |
| - | - | T&E/MISC | Beach Haus Key Biscayne | | | | | | $8,830.49 | $0.00 | | |
| - | - | T&E/MISC | Hotel Tonight | | | | | | $6,980.00 | $0.00 | | |
| - | - | T&E/MISC | JetBlue | | | | | | $6,102.44 | $0.00 | | |
| - | - | T&E/MISC | Miscellaneous Vendors | | | | | | $21,258.64 | $0.00 | | |
| - | - | T&E/MISC | Monarch Media LLC (CoCo Vinny) | | | | | | $1,500.00 | $0.00 | | |
| - | - | T&E/MISC | TRANSFIX VISA CARD MAY | | | | | | $4,390.93 | $0.00 | | |
| - | - | T&E/MISC | Mirrorball Reimbursments | | | | | | $63,284.63 | | | |
| | | | | | | | | | $190,979.16 | $0.00 | | |
| 1 | | TRUCKING & LOGISTICS SHIPPING | Artifact Logistics LLC | Need Invoice | (415) 515-1239 | seano@artifactlogistics.com | 4925 Seaport Ave<br>Richmond, CA 94804 | | $52,739.19 | $845.25 | | |
| - | | TRUCKING & LOGISTICS SHIPPING | A Storage on Wheels Inc | | | | | | $70,496.15 | $0.00 | | |
| - | | TRUCKING & LOGISTICS SHIPPING | Coltrans (USA), Inc (Shipping - Infinity) | | 305-597-3990 | N/A | 10925 NW 27th Street #102 Miami, FL 33172 | | $7,240.00 | | | |
| 2 | | TRUCKING & LOGISTICS SHIPPING | EFM USA Inc. | Gary Morter | 562 682 3936 | gary.morter@efm.global | 20925 Bonita St Carson CA 90746 | | $15,950.00 | $149,342.00 | | |
| - | | TRUCKING & LOGISTICS SHIPPING | Erik Kneer (Helix Sculpture Installer) | | | | | | $13,500.00 | | | |
| - | | TRUCKING & LOGISTICS SHIPPING | FEDEX | | | ACCT# 52270394 / CHECK FOR ONLINE ACCESS | | | $7,325.87 | | | |
| - | | TRUCKING & LOGISTICS SHIPPING | Peik Construction, Inc Petaled Portal Truckin | Brad Peik | FOUND NAME NEED INFO | | | | $4,000.00 | | | |

| Tier | VERIFIED | CATEGORY | Vendor Name | CONTACT NAME | CONTACT PHONE | EMAIL | ADDRESS | DESCRIPTION | Paid To Date | Open Balance | RENTAL DUE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | TOTAL DUE |
| - | | **TRUCKING & LOGISTICS SHIPPING** | Rock-It Global | | | | | | $2,200.00 | $0.00 | | |
| - | | **TRUCKING & LOGISTICS SHIPPING** | USACO Worldwide Inc | | | | | | $0.00 | $202.00 | | |
| | | | | | | | | | $173,451.21 | $150,389.25 | | |
| - | | **UNKNOWN** | Questex | | | | | | $900.00 | $0.00 | | |
| - | | **UNKNOWN** | PulseBlack | | | | | | $1,000.00 | $0.00 | | |
| - | | **UNKNOWN** | American Printing | | | | | | $1,258.27 | $0.00 | | |
| - | | **UNKNOWN** | Tribesigns | | | | | | $1,377.52 | $0.00 | | |
| - | | **UNKNOWN** | Mytee Products | | | | | | $1,382.11 | $0.00 | | |
| - | | **UNKNOWN** | CT Corporation | | | | | | $1,425.48 | $0.00 | | |
| - | | **UNKNOWN** | Fabempire | | | | | | $1,429.54 | $0.00 | | |
| - | | **UNKNOWN** | Cruz Label | | | | | | $1,491.57 | $0.00 | | |
| - | | **UNKNOWN** | Brilliant Promos | | | | | | $1,530.89 | $0.00 | | |
| - | | **UNKNOWN** | Any Promo | | | | | | $2,999.52 | $0.00 | | |
| - | | **UNKNOWN** | NOA | | | | | | $5,000.00 | $0.00 | | |
| - | | **UNKNOWN** | LGC Term I | | | | | | $53.72 | $0.00 | | |
| | | | | | | | | | **$19,848.62** | **$0.00** | | |
| - | | **LABOR PROVIDERS** | James Thomas Productions Events and Enter | Chris Schuman | 310.944.0045 | chris@jtprolabor.com | 1300 Highland Ave. Suite #200 Manhattan Beach, CA 90266 | | $1,097,138.75 | $0.00 | | |
| 1 | | **LABOR PROVIDERS** | Trinet | Keith Lawrence | | keith.lawrence@trinet.com | 1 Park Place Suite 600 Dublin CA 94568-7983 | | $995,410.19 | $5,662.00 | | |
| 1 | **VERIFY** | **LABOR PROVIDERS** | ADP | | | INDIVIDUAL? | | | $512,055.88 | $33,245.85 | | |
| 1 | **VERIFY** | **LABOR PROVIDERS** | 36 North LLC | Brianna Lasseter | (847) 380 0032 | brianna@36north.group | 11256 Jim Beckwourth Court Las Vegas, NV 89179 US | | $31,312.50 | $25,615.00 | | |
| 1 | | **LABOR PROVIDERS** | Alpine Rigging | Sarah Andersson | 630-618-7186 | sarah@alpinerigging.com | PO Box 181 Blue Diamond, NV 89004 | | $0.00 | $21,615.00 | | |
| 1 | | **LABOR PROVIDERS** | FoxHire LLC | Colin Labeau | (888) 534-9417 | clabeau@foxhire.com | 4883 Dressler Rd NW, Suite 101 Canton, OH 44718 | | $34,235.54 | $175,840.00 | | |
| 1 | | **LABOR PROVIDERS** | SoundBite Productions | Need Invoice / Caasandra E. Martinez | (725) 223-3600 | accounting@soundbiteproductions.com | | | $0.00 | $8,550.00 | | |
| - | | **LABOR PROVIDERS** | Time ETC Dana | | | | | | $3,100.00 | $0.00 | | |
| | | | | | | | | | $2,673,252.86 | $270,527.85 | | |
| | | **EXECUTIVE REIMBURSMENTS** | Michael Blatter | | | | | | | **$125,686.50** | | |
| | | **EXECUTIVE REIMBURSMENTS** | Juanna Blackwell | | | | | | | $18,638.22 | | |
| 1 | | **TICKET MASTER REFUNDS** | | Femi Kannike | N/A | femi.kannike@ticketmaster.com | 325 N Maple Dr Beverly Hills, CA 90210 | | | $34,341.07 | | |
| | | AMERICAN EXPRESS 1008 | Pay over time | | | | | $4320 - Due 10th of every month | | $192,982.80 | | |
| | | Chase Visa | | | | | | Need to switch to rolvolving Credit | | $51,874.64 | | |
| | | | | | | | | | | $279,198.51 | | |

| Debtor | Transfix Productions LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | Recipient's name | | _____ | $_____ |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor   Transfix Productions LLC _____   Case number *(if known)*_____
Name

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Transfix Productions LLC | Case number (if known) |
|---|---|---|
| | Name | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $ _____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $ _____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 12 Parkway Drive<br>Dobbs Ferry, NY 10522-3517 | From | 01/2022 | To | 01/2022 |
| 14.2. | | From | _____ | To | _____ |

| Debtor | Transfix Productions LLC | Case number (if known) |
|--------|--------------------------|------------------------|
|        | Name                     |                        |

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| 15.1. _____<br>Facility name |  | _____ |
|  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|--------------------------------------------------------------------------|
| 15.2. _____<br>Facility name |  | _____ |
|  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Transfix Productions LLC    Case number *(if known)*_____
_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Transfix Productions LLC | Case number *(if known)* |
|--------|--------------------------|--------------------------|
|        | Name                     |                          |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Miscellaneous Artist Assets<br>Name | Resorts World Casino<br>Las Vegas, NV | Artworks held by debtor whose title remains with the artists | $ 0.00 |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  |  |  | ☐ Pending |
| Case number | Name |  | ☐ On appeal |
|  |  |  | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name |  |  |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Transfix Productions LLC
_____    Case number (*if known*)_____
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Transfix Productions LLC
_____
Name

Case number (*if known*)_____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Sijoe Kurian (bookkeeping)<br>Name<br>2158377046 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. June Blackwell<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Growth Lab - Steve Byler<br>Name<br>steven@growthlabfinancial.com; ?(888) 673-8481 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Sijoe Kurian (bookkeeping)<br>Name<br>2158377046 | |

Debtor    Transfix Productions LLC
_____    Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Transfix Productions LLC
　　　　　Name                                                    Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.　_____
　　　　Name

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached SOFA Part 13, Question 28 | , | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Geier, former member | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | James Geier, former member | 175,000.00 | _____ | |
| | Name | | _____ | |
| | | | _____ | |
| | **Relationship to debtor** | | _____ | |
| | _____ | | _____ | |

Debtor    Transfix Productions LLC                                    Case number (if known)_____
          Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | _____ _____ |
| Name | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/11/2023
              MM  / DD  / YYYY

✖ /s/ Michael Blatter                              Printed name   Michael Blatter
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Founder & CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

SOFA Part 13, Q 28 All Members and Ownership Interests

**SCHEDULE A**

**SCHEDULE OF MEMBERS AND MEMBERSHIP INTERESTS**

**As of March 23, 2023**

| Name | Common Units (Voting) | Compensatory Units (Non-Voting) | Total Units | Total Voting Units | Subject Member | Initial Cash Capital Contribution |
|------|------|------|------|------|------|------|
| Michael Blatter | 6,922,136 | - | 6,922,136 | 6,922,136 | Yes | $ 130,439.00 |
| Tom Stinchfield | 1,322,136 | - | 1,322,136 | 1,322,136 | Yes | $   23,019.00 |
| Thierry Ho | 217,647 | - | 217,647 | 217,647 | Yes | $ 100,000.00 |
| The Bridge Transfix LLC | 155,728 | - | 155,728 | 155,728 | Yes | $0.00 |
| Reitler Advisory Group LLC | - | 147,059 | 147,059 | - | Yes | $0.00 |
| Lava Advisors, LLC | - | 117,647 | 117,647 | - | Yes | $0.00 |
| Paul Eibeler | - | 118,818 | 118,818 | - | Yes | $0.00 |
| Handstands, LLC | - | 29,705 | 29,705 | - | Yes | $0.00 |
| Jerry Mickelson | - | 59,409 | 59,409 | - | Yes | $0.00 |
| Roger Gastman | - | 29,705 | 29,705 | - | Yes | $0.00 |
| Marc Geiger | - | 59,409 | 59,409 | - | Yes | $0.00 |
| Charles Melcher | - | 237,637 | 237,637 | - | Yes | $0.00 |
| Gary Chetkof | - | 29,705 | 29,705 | - | Yes | $0.00 |
| Dizon Collective LLC | - | 51,909 | 51,909 | - | Yes | $0.00 |
| Noble House Trading Company LLC | - | 207,637 | 207,637 | - | Yes | $0.00 |
| Jeff Kicklighter | - | 103,818 | 103,818 | - | Yes | $0.00 |
|  |  |  |  |  |  |  |
| **TOTAL** | **8,617,647** | **1,192,458** | **9,810,105** | **8,617,647** |  | **$ 253,458.00** |

United States Bankruptcy Court

Southern District of New York

In re:  Transfix Productions LLC

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____08/11/2023_____

/s/ Michael Blatter
_____
Signature of Individual signing on behalf of debtor

Founder & CEO
_____
Position or relationship to debtor

36 North LLC
11256 Jim Beckwourth Court
Las Vegas, NV 89179

A Storage on Wheels Inc
5085 Cecile Avenue
Las Vegas, NV 89115

Aaron Lucey
2385 Rue Royale St
Henderson, NV 89044

ADP
1 ADP Blvd.
Roseland, NJ 07068

AG Production Services
4660 Berg Street Suite 103 North
Las Vegas, NV 89081

Airtable
799 Market Street, 8th FL
San Francisco, CA 94103

AJB Consulting LLC - Vincent Parrinello
640 North LaSalle
Suite 295
Chicago, IL 60654

Alcemhy Arts - Fez BeGaetz
9620 NW GERMANTOWN RD.
PORTLAND, OR 97231

Alicia Lee
7582 Las Vegas Blvd #138
Las Vegas , PA 89123

Alley Corp Enterprises LLC - Kevin Ryan
520 Broadway 4th Floor
NY, NY 10012

Allianz
44 Montgomery Street, Ste 1950

Allied Global Marketing
55 Cambridge Parkway Suite 200
Cambridge, MA 2142

Alpine Rigging
PO Box 181 Blue Diamond, NV 89004
Blue Diamond, NV 89004

Amber Ruth Nicolai
6857 Franklin Ave, Apt 28
Las Vegas, CA 90028

Amigo & Amigo Design - SIMONE CHUA
Unit 3, 1-7 Jabez St
MARRICKVILLE, WI 2204

Amigo and Amigo Design
UNIT 3 1-7 Jabez St
Marrickville, NJ 2204

AmTrust
59 Maiden Lane
New York, NY 10038

Anthony Rodriguez

Anya Zaytseva Art LLC - Anya Zaysteva
181 Bartlett St Apt 8
San Francisco,, CA 94110

Apollonian Network LLC - Hayden Harrison
439 37th St. Apt. 3
Oakland,, CA 94609

Arcadia Earth

ARCH Production & Design NYC Inc
167 Western Highway
West Nyack, NY 10994

Arnett Design
23241 Arroyo Vista
Rancho Santa Margarita, CA 92688

Art With Me

Artifact Logistics LLC
4925 Seaport Ave
Richmond, CA 94804

Atlas Crane Inc
3120 N. Nellis blvd Las Vegas, NV 89115
Las Vegas, NV 89115

AV Vegas
4780 Arville St
Las Vegas, NV 89103

Aztlan Trading Company
4527 Caledonia Way
Los Angeles, CA 90065

BDG Media, Inc - Bryan Goldberg
315 Park Avenue South #12
NY, NY 10011

Benjamin Careathers
3001 henry hudson parkway west
bronx, NY 10463

Benjamin Langholz
1931 New York dr
Altadena, CA 91001

Big Art Inc. - Paul Magnuson
235075 Ryan Road SE Rocky View
Alberta, NV T1X 0K1

Big Picture Builders LLC  - Dave Keene
3851 21st St.
San Francisco,, CA 94114

Blatter, Michael
12 Parkway Drive
Dobbs Ferry, Ny 10522

Box Shop Inc - Charlie Gadeken 1
548 Precita Ave. San Francisco
San Francisco,, CA 94110

Bradley Allen
7385 Racel St
Las Vegas, PA 89131

Brand Worx
3-1750 The Queensway, Unit 203
Toronto, ON

Brandon Krows
548 e Oakey Blvd
Las Vegas, NV 89104

Brown, Brown & Premsrirut
520 South Fourth Street
Las Vegas, NV 89101

Bryan Goldberg
2575 Flamingo Drive
Miami Beach FL, FL 33140

Byron Flores
3535 Cambridge st APT 203
Las Vegas , PA 89169

Chad Yunker
8949 Red Tapestry ct
Las Vegas, NV 89149

Chaimberg Mtn Life Trust - Noah Chaimberg
296 Lake St. Apt. 6
Rouses Point, NY 12979

Charles Padgett
3412 Calle De Corrida
Las Vegas, PA 89102

Chelsa Christensen Photography
3663 W Cactus Ave #2023
Las Vegas, NV 89141

Chicago Oriental Wholesale Market Inc. - Euge
1902 S Lumber St
Chicago, IL 60616

Christ 2 Productions, LLC -- Christina Sporro
74 Calle Serena
Carson,, NM 87517

Christopher Bowman
5044 Mount Ashmun Dr
San Diego,, CA 92111

Claire Cochran, Esq.
100 Pine Street, Suite 1250,
San Francisco, CA 94111

Clark County Nevada
4701 W RUSSELL RD
Las Vegas, NV 89118

Clark-Reder Engineering Inc
10091 Mosteller Lane
West Chester, OH 45069-3873

Clear Channel Outdoor
6355 S Cimarron Rd., Ste. 170
Las Vegas, NV 89113

Community Ambulance
91 Corporate Park Drive Henderson
Henderson,, NV 89074

Contemporary Services Corporation
17101 Superior St
Northridge,, CA 91325

COZO Industries LLC (Hybycozo)
710 4th Ave Unit 4
Venice, CA 90291

CPR Tent & Event
5165 Schirlls St
Las Vegas, NV 89118

Crossed Lab  - Oliver Ratsi
2 rue d?Arménie,
Lyon, FR 69003

Cultural Counsel
128 E Broadway, #424
New York, NY 10002

Dallas Swindle

Darrell Ansted
3110 Fremont St
Boulder, CO

David Karr
190 Reynolds Road
Salt Spring Island, BC V8K1Y2

David Oliver
54 County Road N8603
Concho, AZ 85924

Davis + Gilbert
1675 Broadway
New York, NY 10019

Diesel Direct West
74 MapleSt
Stoughton, MA 2072

Dillon Bolognino

Discounts Dumpsters LLC (Western Elite)
2745 North Nellis Boulevard
Las Vegas, NV 89115

DJLB LLC - Larry Borden
31 Portland Road
Conshohocken, PA 19428

Duane Flatmo
4153 E Street
Eureka, CA 95503

Duane Flatmo
4153 E Street
Eureka , CA 95503

Dubylyovskyi Bohdan Mykolaiovych

Duggan Bertsch LLC
303 West Madison, Suite 1000 Chicago, Il
Chicago,, IL 60606-3321

Dumont TF LLC - Steven Friedman
99 West Hawthorne Avenue Suite 408
Valley Stream NY, NY 11580

Eagle Rock Studios - Eric Coolidge
350 Meserole Street, Bldg C
Brooklyn, NY 11206

Earl Stirling
4701 San Leandro St Suite 1G, ,
Oakland, CA 94601

EC Productions LLC
7982 Constantinople Ave
Las Vegas, NV 89129

EFM USA Inc.
20925 Bonita St Carson CA 90746
Carson, CA 90746

Eight Eleven LLC
8144 Dracopus Ave
Las Vegas, NV 89113

Elizabeth Dolan
80 Freeman St 3F
Brooklyn, NY 11222

Emily Paulsen
1709 Penmar Ave APT 3
Venice,, CA 90291

Encore
5100 North River Road Suite 300
Schiller Park, IL 60176

Entertainment Project Services (EPS)
295 Sunpac Ave.
Henderson, NV 89011

Eric A Rebollo
3321 Dakota Way
Las Vegas , PA 89169

Euclid Avenue Holdings - Keith Mahler
11 Scoville Street PO Box 2763
Waterbury, CT 6723

Eugene Lam/Chicago Oriental Wholesale Market
1902 S Lumber St
Chicago, IL 60616

Event Metal Detection

Felix Las Vegas
17116 Valley View Ave.
La. Mirada,, CA 90638

Filmwerks LLC
1830 Carver Drive Suite D
Rockypoint,, NC 28457

Fire Insurance
PO Box 7000
Carol Stream, IL 60197-7000

Firefly Systems Inc
1612 Remuda Lane
San Jose, CA 95112

FoldHaus, LLC
77965 Calle Chihuahua
La Quinta, CA 92253

FoldHaus, LLC - Jesse Silver
77965 Calle Chihuahua
La Quinta, CA 92253

Footfall LLC
7265 Dean Martin Drive Suite 170
Las Vegas, NV 89119

Forging Impact
174 Ripley Street
San Francisco, CA 94110

FoxHire LLC
4883 Dressler Rd NW, Suite 101
Canton,, OH 44718

Franklyn Gammel
4711 Boulder Highway Space K2
Las Vegas , PA 89121

Fuerte Art House
3355 Clayton St Unit 11
North Las Vegas, NV 89032

Fun City Distribution, Inc
PO BOX 335202
North Las Vegas, NV 89033

Gallagher Rental Inc
15701 Heron Ave
La Mirada,, CA 90638

George Anthony Krieger
1905 Mariposa Street
Seaside,, CA 93955

Gloomy SAS
Avda.lng.Luis Ponce 1 302 Esc.1'1 01
Montevideo,  Uruguay

Grafico inc.
76 SPECTRUM BLVD.,
Las Vegas, NV

Gregory Field
Annmarie Chiarello, Esq., Winstead PC
500 Winstead Building, 2728 N. Hardwood
Dallas, TX 75201

GrowthLab
146 Clifford St
Providence,, RI 2903

Heather Gallagher
c/o Claire Cochran Esq.
100 Pine Street, Suite 1250
San Francisco, CA 94111

Heffernan Co Equity - Mike Heffernan jr
1350 Carlback Avenue
Walnut Creek, CA 94596

Heffernan Co. Equity/MichaelHeffernan Jr.
1350 Carlback Avenue
Walnut Creek, CA 94596

HOTTEA - Eric Rieger
741 Pleasant Ave. ,
St. Paul Park, MN 55071

Imagination 26 LLC - Schlomo Birnbaum
PO Box 10188
Newark NJ, NJ 7101

Imaginesign & Design
4507 Lomita St
Los Angeles, CA 90019

In club media
2655 South Maryland Parkway #201
Las Vegas, NV 89109

Insight Global LLC
1224 Hammond Drive Suite 1500
Atlanta, GA 30346

Iregular - Hind Azennar
6250 Hutchison, 5th floor
Montréal, CT H2V 4C5

Jabu John Varghees - Jabu John Varghees
2953 Jade Springs Lane
Pearland, TX 77584

Jackson Lewis P.C.
300 S. Fourth Street Suite 900
Las Vegas, NV 89101

James Bahr II
7139 S Durango Dr
Las Vegas, PA 89113

James Grey Cloud Hecht - James Grey
1785 Zemke rd
Talent, OR 97540

James Thomas Productions Events and Entertain

Janine Penticuff
4505 E Russell Rd
Las Vegas x, PA 89121

JAOR LLC - Jason Poon
2953 Jade Springs Lane
Houston, TX 77033

JAOR LLC/Jason Poon
5757 S Loop East
Houston, TX 77033

Jason Flom
400 W 61st St
Apt 1611
New York, NY 10023

Jerry Dee Gilleland
114 Carolwood Drive,
Fayetteville, GA 30215

Joe Spitzley

John Hansen & Friends Inc
4780 Arville St
Las Vegas, NV 89103

John Trepp Project Development
1829A Hayes Street,

Juanna Anite Blackwell
1901 S. Calumet Ave. Unit 1408
Chicago,, IL 60616

Kangli Conly
337 S Linden Drive
Beverly Hills, CA 90212

Ken Hacke
Unit 2 1921 5 Street SW
Calgary , AL T2S 2B2

LED Labs, LLC - Christopher Schardt
1190 63rd Street
Oakland,, CA 94608

Led Pulse Technology
Unit A, 22/F., Success Commercial Buildi
Wanchai, OR

Led Pulse Technology - Danilo Grande
Unit A, 22/F., Success Commercial Buildi

Letitia L Hendershot
208 Morning Sun Ave
Mill Valley, CA 94941

Lisa Wasiak
130 County Road 151
Riesel,, TX 76682

LIVINSPIRED LLC - Aaron Smith
411 S Sangamon St #8B
Chicago, IL 60607

Louis Schneidman
2975 Bluegrass Lane Apt. 122

Luna Lyte
1 SHORT STREET APT 2
KEYPORT, NJ 7735

Lustix LLC - Gabriel Pulecio
530 S 8th Street
LAs Vegas, NV 89101

Manuel Gallegos
1087 moonlit oasis lane 101
Henderson , PA 89002

Marco Cochrane
212 12th Street ,
Petaluma, CA 94952

Maria Poliak

Marine Foods Express - Jason Poon
5757 S Loop East
Houston, TX 77033

Matrix Visual
1050 E Valencia Dr.
Fullerton,, CA 92831

Matthew Moss
9943 Shallot Court
Las Vegas, NV 89183

McConnell Studios, Inc
4200 Atlantic Ave Ste. 141
Raleigh,, NC 27604

Melanie Armer Muehleck
44 Tomplins Road
Carmel, NY 10512

Metaverse Arts LLC
1016 Bonita Ave
Las Vegas, NV 89104

Michael R Worl

Michelle Lee

Mirrorball
12 Parkway Dr.
Dobbs Ferry, NY 10522

MJC Partners - Matt Chiu
30 N Gould St. Suite R
Sheridan, WY 82801

Mo Mon Tai, Inc.
1604 S. Maryland Parkway,
Las Vegas, NV 89104

Monarch
409 Grand Augusta Lane
Las Vegas, NV 89144

Monarch Playmodes - Christy Corda
409 Grand Augusta Lane
Las Vegas, NV 89144

Monsen Engineering LLC
4899 West 2100 South
West Valley City, UT 84120

Morgan Miller
151 Betty Lane
Las Vegas , PA 89074

Nadel
5820 Uplander Way
Culver City, CA 90230

NATIONWIDE PARTNERSHIP LLC - Chris Hannah
4730 s. Fort Apache suite 300
Las Vegas, NV 89147

Nationwide Payment Systems Inc
1500 W. Cypress Creek Road, Suite #503
Ft. Lauderdale,, FL 33309

New Epoch Software LLC

Newegg Inc.
17560 Rowland Street
City of Industry, CA 91748

Next! Hospitality Advisors
6574 N. State Road 7 Box 415
Coconut Creek,, FL 33073

Nichole Wormell
209 N. Venice Blvd., Apt. 10
Venice,, CA 90291

Nicolas Yoon
106 Cielo PL
LA Habra, CA 90631

Noble House Trading Company LLC
134 W. 25th St Floor 7
New York City, NY 10001

Nonotak - Noemi SCHIPFER
154, rue Saint-Denis
Paris , CA 75002

Norm Brodsky
15 Central Park West
Apt 15H
New York, NY 10023

Ntiva
7900 Westpark Drive Suite A100
McLean, VA 22102

Ouchhh - Ferdi Alici
CENTRAL BUSINESS CENTRE - ROOM 1 - LEVEL
ZEBBUG, AL ZBG9015

Pablo Gonzalez Vargas
JUAN VAZQUEZ DE MELLA #481 PISO 2 LOCAL
CDMX, , NM 11510

Palm Advisors LLC - Brad Palmer
Attn: Jason Woody
19 W Elm Street
Greenwich, CT 6830

PandaDoc
11908 Tolay Creek Ct
Las Vegas, NV 89138

Paolo Martinez LLC
2712 Sidonia Ave
Las Vegas, NV 89102

Patrick Jones
5804 Highland Hills Terrace
Austin, TX 78731

Paul Eibeler
11960 SE Birkdale Run
Jupiter Hills, FL 33469

Pay Over Time

People and Places LLC
6332 Grand Blvd.
New Port Richey, FL 34652

Pneuhaus
2165 Druid Park Dr Suite 5
Baltimore,, MD 21211

Prime Cleaning Systems
7001 W Arby Ave #120
Las Vegas, NV 89113

Print Las Vegas, Inc
5130 S. Valley View #102
Las Vegas, NV 89118

Protech Sound System
8410 Morning Glory Road
Pefferlaw,, NC L0E1N0

R&E Management, Inc.
103 Williams Street Unit 414
Crisfield,, MD 21817

Radha Agrawal
693 humboldt street
Brooklyn, NY 11222

RBHU
1329A Hopkins St
Berkeley,, CA 94702

Red LionFish LLC - Christian Kanady
120 Robert S. Kerr Ave
Oklahoma City, OK 73102

Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
New York, NY 10022

Resonant Arts, LLC - Tyson Ayers
181 West Egg And I Rd
Chimacum,, WA 98325

Resorts World Las Vegas
3000 Las Vegas Blvd S,
Las Vegas, NV 89109

RJV Consulting Inc
4660 S Eastern Ave 202
Las Vegas, NV 89119

RKL eSolutions LLC
1800 Fruitville Pike
Lancaster,, PA 17601

Road Radios
111 Lomita St
ElSegundo, CA 90245

Romina Kunstadter
445 North 10th St.

Ryan S. Thomas, Deputy General Counsel, Resor
3000 Las Vegas Boulevard South,
Las Vegas, NV 89109

Sage Intacct Inc
300 PARK AVE STE 1400
SAN JOSE, CA 95110

Sammydean Hamoui

Sean Stuart
901 Fremont Street #407
Las Vegas, NV 89101

See Attached Schedule G

Sepe Productions

Sierra Surf House LLC - Christian Kanady
1805 N Carsom St UNIT 94
CARSON CITY, NV 89701

Simon Protection
NV PPO $2018

Skrzyniarz & Mallean
10880 Wilshire Boulevar dSuite 1290
Los Angeles, CA 90024

Slang AOS LLC
640 N LaSalle Street
Chicago, IL 60654

Soda Lime
Tomas Pettersson, Essingetorget 39, 112

Sofia Martin

Solotech U.S. Corporation
3870 Logistics Way, Suite 402-403
Antioch,, TN 37013

Stephanie Zellhoefer
2526 Earl Ave
LongBeach, CA 90806

Stephen Weber
6700 Southwest 102nd Terrace
Pinecrest, FL 33156-3250

Steve Konicki
6300 W Lake Mead Blvd
Las Vegas, PA 89108

Steven Blatter
17 colony row
Chappaqua, NY 10514

Strictly FX
120 Airpark Center Drive
East Nashville, TN 37217

Studio RRD Inc dba Rob Ross Design
1460 Broadway #6007
New York, NY 10036

Sunbelt Rentals
PO Box 409211
Atlanta,, GA 30384

Syed Ashram
3013 Camino Sereno Ave
Henderson , PA 89044

T-Fix Investments LLC - Courtney Mayster
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

T-Fix Investments LLC c/o Much Shelist - Kimb
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

T-Fix Investments LLC c/o Much Shelist - Lawr
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

T-Fix Investments LLC c/o Much Shelist - Perr
191 N. Wacker Drive Suite 1800
Chicago, IL 60606

T-Fix Investments LLC c/o Much Shelist - Stev
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

T-Fix Investments LLC/Cinespace Chicago Film
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606

TAB Contractors Inc
6600 Amelia Earhart Ct. #B
Las Vegas, NV 89119

TCI Event Rentals Inc
3985 East Sunset Rd Suite A
Las Vegas, NV 89120

Tetraction, LLC
9514 Wild Valley Ave
Las Vegas, NV 89148

Textile-XPress
5770 South Anderson Street,
Los Angeles, CA 50058

The 5280 Protection Group LLC
3445 First Light Dr.
Castle Rock, CO 80109

The Bridge Transfix LLC - Marc Dizon
2554 Lincoln Blvd. #245
Venice, CA 90291

The Prism
445 North 10th St
Fairview, NJ 7022

The Sherwin Williams Co.
2225 W. Whispering Winds Dr,
Phoenix,, AZ 85085

Thierry Ho
245 East 72nd Street Apt. 16B
NY, NY 10021

Ticketmaster
325 N Maple Dr
Beverly Hills, CA 90210

Time ETC
511 Avenue of the Americas #4051
New york, NY 10011

Todd Moyer Designs
6300 Cromwell Ave,
Las Vegas,, NV 89107

Tom Malloy Corp.
325 N. Cota St.,
Corona,, CA 92880

Tony Galuppi
620 Beryl St. Unit 09
Redondo Beach,, AL 90277

TOURtech Support Inc.
1723 Roundrock Drive
Raleigh,, NC 27615

Transfix SAFE, LLC - Greg Field
901 LiveOak Ridge Road

West Lake Hills, TX 78746

Trevor J Ropelato
8037 Astrology Court Unit 201
Las Vegas, PA 89128

Trinet
1 Park Place Suite 600
Dublin, CA 94568-7983

United Site Services
118 Flanders Rd
Westborough,, MA 1851

Unlimited Custom Creations, LLC
76 Spectrum Blvd
Las Vegas, NV 89101

USACO Worldwide Inc
10900 nw 21 st Suite 220
Miami, FL 33172

Vegas Propane Inc
4610 Eaker St. North
Las Vegas, NV 89081

Versus Productions LLC
10 East 33rd Street, 5th Floor
New York, NY 10016

VJ Talbot

WESS
P.O. Box 843886
Kansas City, MO 64184

WHITEVOID
Köpenicker Chaussee 4 10317
Berlin , MD

WHITEVOID
Koepenicker Chaussee 4
Berlin Germany,  10317

Whitevoid GMBH
c/o T Carter White, Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020

Willscot Mobile Mini
4646 E VAN BUREN ST
PHOENIX,, AZ 85008-6927

Wolf Productions, LLC
9873 Mount Oroville Ct
Las Vegas, NV 89178

Wyatt Creative Holdings LLC
405 Millinocket Ct
Henderson,, NV 89074

Xuza Art Car - Mike Ceragioli
3150 W Wigwam Ave
Las Vegas, NV 89139

Zachary Coffin
1235 Broadway
Alameda,, CA 94501

Zoom
55 Almaden Blvd 6th floor
San Jose, CA 95113

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

In re   Transfix Productions LLC

Case No. _____

**Debtor**

Chapter   7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 20,000.00 _____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

☐ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Our Services shall not include any litigation matter or defending any parties in adversary proceedings or depositions in the bankruptcy case, or any action in other courts absent further agreement.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/11/2023

*Date*

/s/ Yann Geron, 2252609

*Signature of Attorney*

Geron Legal Advisors LLC

*Name of law firm*

370 Lexington Avenue
1101
New York, NY 10017